IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11929-LSS |
| | ) | (Chapter 11) |
| ALIGNED DEVELOPMENT LLC | ) | |
| | ) | |
| Debtor. | ) | |

**AMENDED CERTIFICATE OF SERVICE**

On March 9, 2024, WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP") filed an Objection to Small Business Designation (the "Objection," as found at DE #4) and, of even date therewith, served the same on the debtor, the debtor's counsel, and counsel for the United States Trustee. The Objection indicated – wrongly – that the debtor had not filed a matrix or a list of its 20 largest creditors. This was in manifest error. It is clear the debtor did file each of these items and undersigned counsel regrets not observing the same at the time the Objection was docketed.

Of even date herewith, the Objection is being served, via First Class Mail, postage prepaid, on all parties on the attached mailing matrix.

                              Respectfully submitted,

Dated: March 11, 2024                By: /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                      Bar No. 18071
                                                      The VerStandig Law Firm, LLC
                                                      1452 W. Horizon Ridge Pkwy, #665
                                                      Henderson, Nevada 89012
                                                      Phone: (301) 444-4600
                                                      Facsimile: (301) 444-4600
                                                      mac@mbvesq.com
                                                      *Counsel for WCP Fund I LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system with copies to:

- Richard S. Basile    rearsb@gmail.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig
