**Fill in this information to identify the case:**

Debtor name __Aligned Development LLC__

United States Bankruptcy Court for the: _____ District of __MD__
(State)

Case number (if known): __24-11929__

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

### 2.1 Creditor's name

Describe debtor's property that is subject to a lien

_____ $_____ $_____

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Last 4 digits of account number

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

### 2.2 Creditor's name

Describe debtor's property that is subject to a lien

_____ $_____ $_____

Creditor's mailing address

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $_____

Debtor ___Aligned Development LLC_____    Case number (if known) 24-11929
      Name

| **Part 1:** | **Additional Page** | |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address
                                            $_____    $_____

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address
                                            $_____    $_____

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor  Name  Aligned Development LLC

Case number (if known)  24-11929

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D          Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page ___ of ___