IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

ALIGNED DEVELOPMENT, LLC,                    Case No. 24-11929 LSS
                                             (Chapter 11)
        Debtor.

## ANSWER TO ORDER TO SHOW CAUSE AS TO DISMISSAL

Comes now the debtor by and through counsel and in answer to this Court's Order to Show Cause as to Dismissal issued on March 11, 2024, states:

1. That on March, 21, 2024, the debtor filed a statement under the penalty of perjury that the most recent federal tax return had not been filed in connection with Debtor's operation in 2019, 2020, 2021 and 2022, and that the debtor did not maintain a Statement of Operations in the normal course of its business and therefore there was no cash flow statement.

2. The debtor, on March 21, 2024, filed all of the required forms and schedules all of which indicated a single non-cash asset and no cash flow.

3. That an amended petition was filed indicating that this debtor was not proceeding under Subchapter V but was proceeding solely as a single asset real estate proceeding.

4. That, there is no prejudice to any of the creditors and this reorganization will benefit all creditors including the secured creditor as it is debtor's intention to refinance the single asset of the debtor.

Wherefore, debtor requests that the show cause order be dismissed.

                                                                  */s/Richard Basile*
                                                                  *Richard Basile, P.A.*
                                                                  *6305 Ivy Lane, Suite 510*
                                                                  *Greenbelt, MD 20770*
                                                                  *(301) 441-4900*
                                                                  *(401) 441-2404*
                                                                  *rearsb@gmail.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of March, 2024, a copy of the foregoing Answer to Order to Show Cause Dismissal was sent via USPS first class mail, postage pre-paid to the persons/entities listed on the attached creditor matrix.

*/s/Richard Basile*
*Richard Basile, P.A.*
*6305 Ivy Lane, Suite 510*
*Greenbelt, MD 20770*
*(301) 441-4900*
*(401) 441-2404*
*rearsb@gmail.com*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-11929<br>District of Maryland<br>Greenbelt<br>Fri Mar 22 10:30:56 EDT 2024 | Aligned Development LLC<br>4108 Chariot Way<br>Upper Marlboro, MD 20772-7925 | WCP Fund I LLC as Servicer for Pacific RBLF<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| BEL Engineering<br>4542 Beech Road<br>Temple Hills MD 20748-6704 | BTM Engineers<br>4712 Babbling Brook Dr<br>Olney, MD 20832-1870 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | District of Columbia Office of Tax & Revenue<br>1101 4th St SW Suite W270<br>Washington DC 20024-4457 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Juanita Corrine Wood<br>12324 Quilt Patch Lane<br>Bowie MD 20720-4359 | Pepco<br>PO Box 13608<br>Philadelphia PA 19101-3608 | Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 |
| Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 |
| US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Washington Capitol Partners<br>840 I Greensboro Dr Suite 960<br>McLean, VA 22102 | Washington Gas<br>PO Box 37747<br>Philadelphia PA 19101-5047 |
| Richard S. Basile<br>6305 Ivy Lane, Ste. 416<br>Greenbelt, MD 20770-6309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)For Internal Use Only | (u)DC Water<br>PO Box 97200<br>Washington | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                  20 |