United States Bankruptcy Court
District of Maryland

In re:  
Aligned Development LLC  
    Debtor

Case No. 24-11929-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 22, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com |
| Richard S. Basile | rearsb@gmail.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

In re:   Case No.: **24–11929 – LSS**   Chapter: **11**

**Aligned Development LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 25 – Summary of Assets and Liabilities Schedules for Non–Individual on behalf of Aligned Development LLC Filed by Richard S. Basile. (Attachments: # 1 Affidavit Affidavit of Alex Lyles w/ balance sheet) (Basile, Richard) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 4/5/24. Incomplete Summary of Assets and Liabilities – missing required information under Part 2, 3(a) and 3(b).** |
| CURE: | Amend the Summary of Assets and Liabilities to include the information. If the amount is zero ($0.00) state zero ($0.00). Include a signed Declaration of Schedules. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/22/24

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Robert Hegerle
> 301–344–3399

cc:   Debtor
      Attorney for Debtor – Richard S. Basile

defntc (rev. 12/12/2016)