Entered: March 25th, 2024
Signed: March 25th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **24–11929 – LSS**    Chapter: **11**

**Aligned Development LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the Amended Petition filed by Debtor, whereby Debtor no longer seeks to proceed in this case under Subchapter V, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered March 11, 2024, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Richard S. Basile
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**