B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re   **Aligned Development, LLC**                                    Case No.   **24-11929**
                                    Debtor(s)                           Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                  $    **5,000.00**
   Prior to the filing of this statement I have received        $        **0.00**
   Balance Due                                                  $    **5,000.00**

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   □ Debtor    ■ Other (specify):    **through Chapter 11 Plan**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 26, 2024**                                   **/s/ Richard S. Basile**
*Date*                                               **Richard Basile, P.A.**
                                                     **CPF: 78060-10005**
                                                     **6305 Ivy Lane, Suite 510**
                                                     **Greenbelt, MD 20770**
                                                     **(301) 441-4900**
                                                     **(401) 441-2404**
                                                     **rearsb@gmail.com**
                                                     **Law Office of Richard Basile, P.A.**
                                                     *Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| **ALIGNED DEVELOPMENT, LLC** | * | Case No. 24-11929 |
| | * | (Chapter 11) |
| *Debtor* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE STATEMENT BY RICHARD BASILE PURSUANT TO RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Richard Basile submits the following statement pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), as counsel to the above-captioned debtor and debtor in possession (the "Debtor").

1. The compensation paid, or agreed to be paid, by the Debtor's bankruptcy estate to Richard Basile for legal services to be rendered in contemplation of, or in connection with this case consists of payment to Richard Basile of all fees for services rendered (at Richard Basile's customary hourly rates) plus reimbursement for all out-of-pocket disbursements and expenses.

2. Richard Basile has received no payment for pre-petition services rendered or expenses incurred. Richard Basile advanced the filing fee for this case from the Debtor and paid said fee to the Clerk of the Court. The Debtor has not paid Richard Basile an advance retainer. Richard Basile has not received any other payment from the Debtor or any other source in connection with this case. Richard Basile is not owed anything for any pre-petition services.

1

3. Richard Basile will seek approval of payment of compensation upon the filing of appropriate applications for allowance of interim and/or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and/or pursuant to such other orders of this Court as may be entered from time to time.

4. Richard Basile further states that he has neither shared nor agreed to share (a) any compensation he has received or may receive in this matter with another party or person, or (b) any compensation another person or party has received or may have received in this matter.

Dated: March 26, 2024

*/s/Richard Basile*
Richard Basile, P.A.
CPF: 78060-10005
6305 Ivy Lane, Suite 510
Greenbelt, MD 20770
(301) 441-4900
(401) 441-2404
rearsb@gmail.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2024, a copy of the foregoing Disclosure Statement by Richard Basile was served via the Court's CM/ECF system to:

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
301-344-6221
Email: lynn.a.kohen@usdoj.gov

*/s/Richard Basile*
Richard Basile, P.A.
CPF: 78060-10005
6305 Ivy Lane, Suite 510
Greenbelt, MD 20770
(301) 441-4900
(401) 441-2404
rearsb@gmail.com