Entered: April 2nd, 2024
Signed: April 2nd, 2024

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

ALIGNED DEVELOPMENT, LLC,   Case No. 24-11929 LSS
                             (Chapter 11)
        Debtor.

ORDER GRANTING APPLICATION TO EMPLOY ATTORNEY

Upon consideration of the application (the "Application") of ALIGNED DEVELOPMENT, LLC, Debtor, to employ Richard Basile, P.A. as counsel, and for good cause shown therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Application be, and it is hereby, GRANTED; and it is further

ORDERED, that the Debtor be, and it is hereby, authorized to employ and appoint Richard Basile and Richard Basile, P.A. (the "Firm"), and such attorneys or paralegals as the Firm may employ from time to time to represent the Debtor in this proceeding under Chapter 11 of the Bankruptcy Code. All fees are subject to final approval by this Court upon the filing of a proper fee application by Counsel.

***End of Order***