United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-11929-LSS
Aligned Development LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0    User: admin    Page 1 of 2
Date Rcvd: Apr 02, 2024    Form ID: pdfparty    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Apr 02 2024 19:23:00 | US Trustee, 6305 Ivy lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | rearsb@gmail.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Apr 02, 2024 | Form ID: pdfparty | Total Noticed: 2

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

ALIGNED DEVELOPMENT, LLC,   Case No. 24-11929 LSS
                           (Chapter 11)
       Debtor.

ORDER GRANTING APPLICATION TO EMPLOY ATTORNEY

     Upon consideration of the application (the "Application") of ALIGNED DEVELOPMENT, LLC, Debtor, to employ Richard Basile, P.A. as counsel, and for good cause shown therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

     ORDERED, that the Application be, and it is hereby, GRANTED; and it is further

     ORDERED, that the Debtor be, and it is hereby, authorized to employ and appoint Richard Basile and Richard Basile, P.A. (the "Firm"), and such attorneys or paralegals as the Firm may employ from time to time to represent the Debtor in this proceeding under Chapter 11 of the Bankruptcy Code. All fees are subject to final approval by this Court upon the filing of a proper fee application by Counsel.

                                **\*\*\*End of Order\*\*\***