**Fill in this information to identify the case:**

Debtor name: Alligned Development LLC

United States Bankruptcy Court for the: District of MD (State)

Case number (If known): 24-11929

☒ Check if this is an amended filing

Official Form 206D    Amended

# Schedule D: Creditors Who Have Claims Secured by Property             12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Washington Capitol Partners

**Creditor's mailing address**
84801 Greensboro Dr. Suite 960
McLean, VA

**Creditor's email address, if known**

**Date debt was incurred**: July 5, 2022
**Last 4 digits of account number**: N/A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Deed of Trust on 1815 8th St Washington DC

$ 895,669.74    $ $1,600,000

**Describe the lien**
1st Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$                $

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ _____

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 1

Fill in this information to identify the case:

Debtor name __Aligned Development LLC__

United States Bankruptcy Court for the: _____  District of __MD__
(State)

Case number (If known): __24-11929__

☒ Check if this is an amended filing

AMENDED

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................  $ 1,600,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................  $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................  $ 1,600,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............  $ 895,669.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................  $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........  + $ 119,257.00

4. **Total liabilities.**..................................................................................................  $ 1,014,926.00
Lines 2 + 3a + 3b

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1