**Fill in this information to identify the case:**

Debtor name __Alligned Development LLC__

United States Bankruptcy Court for the: _____   District of __MD__
(State)

Case number (If known): __24-11929__

☒ Check if this is an amended filing

## Official Form 206D   Amended
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name: Washington Capitol Partners

Describe debtor's property that is subject to a lien: Deed of Trust on 1815 8th St Washington DC

$ 895,669.74        $ $1,600,000

Creditor's mailing address: 84801 Greensboro Dr. Suite 960, McLean, VA

Describe the lien: 1st Deed of Trust

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: July 5, 2022

Last 4 digits of account number: N/A

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2** Creditor's name: _____

Describe debtor's property that is subject to a lien: _____

$ _____        $ _____

Creditor's mailing address: _____

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred: _____

Last 4 digits of account number: ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $ _____

**Fill in this information to identify the case:**

Debtor name: Aligned Development LLC

United States Bankruptcy Court for the: _____ District of MD (State)

Case number (If known): 24-11929

☒ Check if this is an amended filing

AMENDED

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                                  12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................................ $ 1,600,000

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B..................................................................................... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B........................................................................................ $ 1,600,000.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... $ 895,669.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............. + $ 119,257.00

4. **Total liabilities.**..................................................................................................... $ 1,014,926.00
   Lines 2 + 3a + 3b

Official Form 206Sum                Summary of Assets and Liabilities for Non-Individuals                page 1