## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of April, 2024, a copy of the foregoing Summary of Assets and Liabilities Schedules for Non-Individual Debtors was sent via USPS first class mail, postage pre-paid, and/or electronically to the persons/entities listed on the attached creditor matrix.

*/s/Richard Basile*
*Richard Basile, P.A.*
*6305 Ivy Lane, Suite 510*
*Greenbelt, MD 20770*
*(301) 441-4900*
*(401) 441-2404*
*rearsb@gmail.com*