## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of April, 2024, a copy of the foregoing Schedule A/B, Schedule D, and the Declaration under Penalty of Perjury for Non-Individual Debtors  was sent via USPS first class mail, postage pre-paid, and/or electronically to the persons/entities listed on the attached creditor matrix.

*/s/Richard Basile*
*Richard Basile, P.A.*
*6305 Ivy Lane, Suite 510*
*Greenbelt, MD 20770*
*(301) 441-4900*
*(401) 441-2404*
*rearsb@gmail.com*

Label Matrix for local noticing
0416-0
Case 24-11929
District of Maryland
Greenbelt
Tue Apr 16 09:58:09 EDT 2024

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772-7925

WCP Fund I LLC as Servicer for Pacific RBLF
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

BEL Engineering
4542 Beech Road
Temple Hills MD 20748-6704

BTM Engineers
4712 Babbling Brook Dr
Olney, MD 20832-1870

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

District of Columbia Office of Tax & Revenue
1101 4th St SW Suite W270
Washington DC 20024-4457

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Juanita Corrine Wood
12324 Quilt Patch Lane
Bowie MD 20720-4359

Pepco
PO Box 13608
Philadelphia PA 19101-3608

Prince George's County, Maryland
Office of Finance
1301 McCormick Drive, Ste. 1100
Largo, MD 20774-5416

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Washington Capitol Partners
840 I Greensboro Dr Suite 960
McLean, VA 22102

Washington Gas
PO Box 37747
Philadelphia PA 19101-5047

Richard S. Basile
6305 Ivy Lane, Ste. 416
Greenbelt, MD 20770-6309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road NE (Suite 1000)
Atlanta, GA 30327-1232

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)For Internal Use Only | (u)DC Water<br>PO Box 97200<br>Washington | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                  20 |