Fill in this information to identify the case and this filing:

Debtor Name  Aligned Development LLC

United States Bankruptcy Court for the: _____ District of MD
(State)

Case number (if known): 24-11929

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended Schedule A/B and D

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/10/24         X  /s/ Alexander Lyles
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                               Alexander Lyles
                               Printed name

                               Managing Member
                               Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2024, a copy of the foregoing Amended Schedule A/B, Amended Schedule D and Summary of Assets and Liabilities Schedules for Non-Individual Debtors was sent via USPS first class mail, postage pre-paid, and/or electronically to the persons/entities listed on the attached creditor matrix.

/s/Richard Basile
Richard Basile, P.A.
6305 Ivy Lane, Suite 510
Greenbelt, MD 20770
(301) 441-4900
(401) 441-2404
rearsb@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-11929<br>District of Maryland<br>Greenbelt<br>Tue Apr 16 09:58:09 EDT 2024 | Aligned Development LLC<br>4108 Chariot Way<br>Upper Marlboro, MD 20772-7925 | WCP Fund I LLC as Servicer for Pacific RBLF<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| BEL Engineering<br>4542 Beech Road<br>Temple Hills MD 20748-6704 | BTM Engineers<br>4712 Babbling Brook Dr<br>Olney, MD 20832-1870 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | District of Columbia Office of Tax & Revenue<br>1101 4th St SW Suite W270<br>Washington DC 20024-4457 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Juanita Corrine Wood<br>12324 Quilt Patch Lane<br>Bowie MD 20720-4359 | Pepco<br>PO Box 13608<br>Philadelphia PA 19101-3608 | Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 |
| Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 |
| US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Washington Capitol Partners<br>840 I Greensboro Dr Suite 960<br>McLean, VA 22102 | Washington Gas<br>PO Box 37747<br>Philadelphia PA 19101-5047 |
| Richard S. Basile<br>6305 Ivy Lane, Ste. 416<br>Greenbelt, MD 20770-6309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)For Internal Use Only | (u)DC Water<br>PO Box 97200<br>Washington | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    2<br>Total                 20 |