RECORDING REQUESTED BY:

Pacific RBLF Funding Trust
50 California St, Ste 1500
San Francisco, CA 94111

WHEN RECORDED RETURN TO:

WCP Fund I LLC
8401 Greensboro Drive, Ste 960
McLean, VA 22102

## ASSIGNMENT OF DEED OF TRUST

This ASSIGNMENT OF DEED OF TRUST ("Assignment") is made as of **07/08/2022** by **WCP FUND I LLC**, a Delaware limited liability company ("Assignor"), to Pacific RBLF Funding Trust, a Delaware Trust ("Assignee").

    FOR VALUE RECEIVED, Assignor hereby sells, grants, assigns, and transfers to Assignee any and all of its right, title and interest in and to that certain Deed of Trust, dated **06/30/2022**, made by **Aligned Development LLC**, a **Wyoming Limited Liability Company**, to **Russell S. Drazin**, Trustee, for the benefit of Assignor ("Security Instrument"), and recorded on **07/05/2022**, in the land records of **The District of Columbia**, as **Document Number 2022071434** and as a lien on that certain real property and improvements thereon described on Exhibit A. attached hereto and made a part hereof.

    TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under the foregoing Security Instrument.

*[Signature On Following Page]*

Property Address: 1815 8th St NW, Washington, DC 20001

IN WITNESS WHEREOF, this Assignment is made to be effective as of the date first above written.

        ASSIGNOR:

        WCP FUND I LLC,
        a Delaware limited liability company

Signature: _____

Name: Christina Araujo

Title: Vice President of Finance

Property Address: 1815 8th St NW, Washington, DC 20001

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF VIRGINIA         )
                          )      ss
COUNTY OF FAIRFAX         )
                          )

On __1/31/2024__, before me, _April Frazier Bishop_, a Notary Public, personally appeared _Claudine Pridgen_
(Insert name and title exactly as they appear on signature page)

_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Virginia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public                              (Seal)

[Notary Seal: APRIL FRAZIER BISHOP, NOTARY PUBLIC, REG # 8098352, MY COMMISSION EXPIRES 3/31/2028, COMMONWEALTH OF VIRGINIA]

Property Address: 1815 8th St NW, Washington, DC 20001

Exhibit A

The North (16) Feet front by the depth of lot numbered Three (3) and lot numbered Twenty (20) in Square numbered Four Hundred Seventeen (417)

At the date hereof the above described land is designated on the Records of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered 806 in Square numbered 417,

Property Address: 1815 8th St NW, Washington, DC 20001

```
Doc #: 2024009892
Filed & Recorded
02/01/2024 09:44 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES         $25.00
   SURCHARGE              $6.50
TOTAL:                    $31.50
```