Doc #: 2024009986
02/01/2024 11:00 AM



**Government of the District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square 0417   Suffix          Lot 0806

List Name and adress of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO: Aligned Development LLC

See Exhibit A

FROM: Pacific RBLF Funding Trust   PHONE: (703) 727-5464

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON March 7 , 20 24 , AT THE OFFICE OF Harvey West Auctioneers, Inc.

5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015

2:05 P.M.   THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on July 5 , 20 22 .

Liber:          Folio:          Instrument No: 2022071434

Maker(s) of the Note secured by the instrument: Aligned Development LLC

See Exhibit A          See Exhibit A
Phone                    Last Known Address

Description of Property: residential single family (row)
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: 1815 8th Street, NW, Washington, DC 20001

Square: 0417   Lot: 0806   or Parcel No:

Holder of the Note (Name): Pacific RBLF Funding Trust
Phone: (703) 727-5464   Address: 8401 Greensboro Drive, Suite 960, McLean, VA 22102

Balance owed on the Note: $ 880,107.69 **

Minimum balance required to cure default obligation pursuant to D.C. Law 5-82 íRight to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.î
$ N/A commercial loan

Name of person to contact to stop foreclosure sale: Russell S. Drazin, attorney
Address: 4400 Jenifer Street, N.W., Suite 2, Washington DC 20015   Phone: (202) 223-7900

** as of February 1, 2024

Affidavit of Non-Residential Mortgage Foreclosure recorded on Jan. 31, 2024 as Instrument No. 2024009628



## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

**Government of the District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

Square 0417    Suffix    Lot 0806

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on February 1 ,20 24 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

02/01/2024
Date

R D

(Signature of Noteholder or his agent)

I, Deborah A. Stewart , a Notary Public in and for the District of Columbia ,

DO HEREBY CERTIFY THAT Russell S. Drazin who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the 1st day of February , 20 24 , personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be his act and deed.

Given under my hand and seal this 1st day of February , 20 24 .

Deborah A Stewart
Notary Public

My Commission Expires: 09/30/2025
mmddyyyy

# EXHIBIT A

<u>Borrower/Grantor/Record Owner</u>:

**Aligned Development LLC,**
a Wyoming limited liability company

1815 8th Street, NW, Washington, DC 20001

4108 Chariot Way, Upper Marlboro, MD 20772

c/o Karima Simmons, Registered Agent, 915 Missouri Avenue, NW, Washington, DC 20011

c/o Wyoming Registered Agent, Registered Agent, 1621 Central Avenue, Cheyenne, WY 82001

c/o BCB Enterprises Inc., 1621 Central Avenue, Cheyenne, WY 82001

(240) 821-2996

```
Doc #: 2024009986
Filed & Recorded
02/01/2024 11:00 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES          $25.00
   SURCHARGE               $6.50
TOTAL:                     $31.50
```