IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11929-LSS |
| | ) | (Chapter 11) |
| Aligned Development LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC, as Servicer for Pacific RBLF Funding Trust | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aligned Development LLC | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND HEARING THEREON**

WCP Fund I LLC as servicer for Pacific RBLF Funding Trust has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to take recourse—including foreclosure—against the real property located at 1815 8th Street, NW, Washington, DC 20001, together with any improvements thereupon.

A copy of the motion is attached.

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by June 26, 2024 (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a written response to the motion explaining your position and mail a copy of the response to:

Maurice B. VerStandig, Esq.  
The VerStandig Law Firm, LLC  
1452 W. Horizon Ridge Pkwy, #665  
Henderson, Nevada 89012

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on July 8, 2024, at 2:00 pm, in Courtroom 3-D, United States Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Respectfully submitted,

Dated: June 11, 2024       By: /s/ Maurice B. VerStandig
   Maurice B. VerStandig, Esq.
   Bar No. 18071
   The VerStandig Law Firm, LLC
   1452 W. Horizon Ridge Pkwy, #665
   Henderson, Nevada 89012
   Phone: (301) 444-4600
   Facsimile: (301) 444-4600
   mac@mbvesq.com
   *Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system with copies to:

- Richard S. Basile    rearsb@gmail.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 12th day of June, 2024, a copy of the foregoing is also being served, sans exhibits (but including the notice of opportunity to object), via US Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig