```
Label Matrix for local noticing        Aligned Development LLC                BEL Engineering
0416-0                                 4108 Chariot Way                       4542 Beech Road
Case 24-11929                          Upper Marlboro, MD 20772-7925          Temple Hills MD 20748-6704
District of Maryland
Greenbelt
Mon Jul  1 13:36:25 EDT 2024

BTM Engineers                          Richard S. Basile                      (p)U S SECURITIES AND EXCHANGE COMMISSION
4712 Babbling Brook Dr                 6305 Ivy Lane, Ste. 416                ATLANTA REG OFFICE AND REORG
Olney, MD 20832-1870                   Greenbelt, MD 20770-6309               950 E PACES FERRY RD NE STE 900
                                                                              ATLANTA GA 30326-1382


(p)COMPTROLLER OF MARYLAND             District of Columbia Office of Tax & Revenue   (p)INTERNAL REVENUE SERVICE
BANKRUPTCY UNIT                        1101 4th St SW Suite W270              CENTRALIZED INSOLVENCY OPERATIONS
301 W PRESTON ST ROOM 409              Washington DC 20024-4457               PO BOX 7346
BALTIMORE MD 21201-2383                                                       PHILADELPHIA PA 19101-7346


Juanita Corrine Wood                   Lynn A. Kohen                          Pepco
12324 Quilt Patch Lane                 U.S. Trustee Office                    PO Box 13608
Bowie MD 20720-4359                    6305 Ivy Lane, Suite 600               Philadelphia PA 19101-3608
                                       Greenbelt, MD 20770-6305


Prince George's County, Maryland       Secretary of the Treasury              State of Maryland DLLR
Office of Finance                      15th and Pennsylvania Ave., N.W.       Division of Unemployment Insurance
1301 McCormick Drive, Ste. 1100        Washington, DC 20220-0001              1100 N. Eutaw Street, Room 401
Largo, MD 20774-5416                                                          Baltimore, MD 21201-2226


(p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M   US Trustee - Greenbelt        Maurice Belmont VerStandig
36 S CHARLES STREET FOURTH FLOOR       6305 Ivy Lane, Suite 600               The VerStandig Law Firm, LLC
BALTIMORE MD 21201-3020                Greenbelt, MD 20770-6305               9812 Falls Road
                                                                              #114-160
                                                                              Potomac, MD 20854-3976


WCP Fund I LLC as Servicer for Pacific RBLF    Washington Capitol Partners    Washington Gas
c/o The VerStandig Law Firm, LLC       840 I Greensboro Dr Suite 960          PO Box 37747
1452 W. Horizon Ridge Pkwy             McLean, VA 22102                       Philadelphia PA 19101-5047
#665
Henderson, NV 89012-4422
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch of Reorganization               Comptroller of the Treasury            Internal Revenue Service
Sec. & Exch. Commission                Compliance Division, Room 409          Centralized Insolvency Section
3475 Lenox Road NE (Suite 1000)        301 W. Preston Street                  PO Box 21126 (DP-N-781)
Atlanta, GA 30327-1232                 Baltimore, MD 21201                    Philadelphia, PA 19114


U.S. Attorney-District of MD
4th floor
36 S. Charles St.
Baltimore, MD 21201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DC Water<br>PO Box 97200<br>Washington | (u)For Internal Use Only | (d)Juanita Corrine Wood<br>12324 Quilt Patch Lane<br>Bowie, MD 20720-4359 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     3
Total                  23