# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>ALIGNED DEVELOPMENT, LLC | CASE NO: 24-11929<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 52 |

On 6/12/2024, I did cause a copy of the following documents, described below,

Motion for Relief from the Automatic Stay and Notice Thereof ECF Docket Reference No. 52

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/2/2024

/s/ Maurice VerStandig
Maurice VerStandig

The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC  20036
301 444 4600
mac@dcbankruptcy.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>ALIGNED DEVELOPMENT, LLC | CASE NO: 24-11929<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 52 |

On 6/12/2024, a copy of the following documents, described below,

Motion for Relief from the Automatic Stay and Notice Thereof ECF Docket Reference No. 52

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2024



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC  20036

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-11929<br>DISTRICT OF MARYLAND<br>WED JUN 12 6-56-8 PST 2024 | ALIGNED DEVELOPMENT LLC<br>4108 CHARIOT WAY<br>UPPER MARLBORO  MD 20772-7925 | ~~(U)FOR INTERNAL USE ONLY~~ |

WCP FUND I LLC AS SERVICER FOR PACIFIC RBLF
CO THE VERSTANDIG LAW FIRM  LLC
1452 W HORIZON RIDGE PKWY
665
HENDERSON  NV 89012-4422

BEL ENGINEERING
4542 BEECH ROAD
TEMPLE HILLS MD 20748-6704

BTM ENGINEERS
4712 BABBLING BROOK DR
OLNEY  MD 20832-1870

(P)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

(P)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

~~EXCLUDE~~
~~(U)DC WATER~~
~~PO BOX 97200~~
~~WASHINGTON~~

DISTRICT OF COLUMBIA OFFICE OF TAX REVENUE
1101 4TH ST SW SUITE W270
WASHINGTON DC 20024-4457

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JUANITA CORRINE WOOD
12324 QUILT PATCH LANE
BOWIE MD 20720-4359

~~EXCLUDE~~
~~(D)JUANITA CORRINE WOOD~~
~~12324 QUILT PATCH LANE~~
~~BOWIE  MD 20720-4359~~

PEPCO
PO BOX 13608
PHILADELPHIA PA 19101-3608

PRINCE GEORGES COUNTY  MARYLAND
OFFICE OF FINANCE
1301 MCCORMICK DRIVE  STE 1100
LARGO  MD 20774-5416

SECRETARY OF THE TREASURY
15TH AND PENNSYLVANIA AVE  NW
WASHINGTON  DC 20220-0001

STATE OF MARYLAND DLLR
DIVISION OF UNEMPLOYMENT INSURANCE
1100 N EUTAW STREET  ROOM 401
BALTIMORE  MD 21201-2226

(P)US ATTORNEYS OFFICE FOR THE DISTRICT OF MARYLAND
36 S CHARLES STREET FOURTH FLOOR
BALTIMORE MD 21201-3020

US TRUSTEE  GREENBELT
6305 IVY LANE  SUITE 600
GREENBELT  MD 20770-6305

WASHINGTON CAPITOL PARTNERS
840 I GREENSBORO DR SUITE 960
MCLEAN  VA 22102

WASHINGTON GAS
PO BOX 37747
PHILADELPHIA PA 19101-5047

RICHARD S BASILE
6305 IVY LANE  STE 416
GREENBELT  MD 20770-6309