| | |
|---|---|
| Time Period | 3/7/24 - 3/31/24 |

| | |
|---|---|
| Cash Receipts | $0.00 |
| Cash Disbursem | $0.00 |
| Admin Fee | $0.00 |

***No DIP account as of March 31, 2024***

Time Period			4/1/24 - 4/30/24

Cash Receipts		$0.00
Cash Disbursem		$0.00
Admin Fee		$0.00

*No DIP account as of April 29, 2024*

| | |
|---|---|
| Time Period | 5/1/24 - 5/30/24 |

| | |
|---|---|
| Cash Receipts | $0.00 |
| Cash Disbursem | $0.00 |
| Admin Fee | $0.00 |

**DIP Account open as of 5/2/24**

| | |
|---|---|
| Available balanc | $50.00 |