## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

In Re:

Aligned Development, LLC

        Debtor(s)

Case No. 24-11929-LSS

Chapter 11

---

WCP Fund I, LLC, as Servicer for
Pacific RBLF Funding Trust
        Movant,

v.

Aligned Development, LLC
        Respondent.

## RESPONDENT'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now the defendant Aligned Development, LLC by and through its attorney Richard Basile and in opposition to Movant's Motion for Automatic Stay states:

1. The allegations of Movant are generally denied, although monies are due and owing to the Movant.

2. The allegations of Movant are irrelevant to the granting of relief from automatic stay.

3. The debtor at this point in time is not yet required to file a plan of reorganization.

4. The debtor has opened a debtor in possession account.

5. The debtor will be funding his plan of reorganization through a refinance of the debtor's property.

6. There is equity in the property and the property is necessary for reorganization.

7. There is adequate protection for the Movant who is a creditor secured by a deed of trust encumbering debtor's real estate.

8. The debtor has no leases or executory contracts and thus there are no leases or executory contracts to schedule.

9. The Movant's motion is premature at the present time.


Wherefore, Debtor moves this Court to deny Movant's Motion for Relief from Automatic Stay.


/s/ Richard S. Basile
Richard S. Basile, Esq.
CPF: 78060-10005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland  20770
(301) 441-4900
rearsb@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _3_ day of July, 2024, a copy of the foregoing
Opposition to Motion for Relief from Automatic Stay was sent via first class mail, postage
prepaid, and/or sent via email to:

Maurice B. VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Parkway #665
Henderson, Nevada 89012
mac@mbvesq.com

Lynn Kohen, U.S. Trustee
lynn.a.kohen@usdoj.gov

/s/ Richard S. Basile
Richard S. Basile, Esq.
CPF: 7806010005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland 20770
(301) 441-4900
rearsb@gmail.com