IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| In Re:<br><br>Aligned Development, LLC<br><br>Debtor | Case No. 24-11929-LSS<br><br>Chapter 11 |

## DEBTOR'S OPPOSITION TO MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS CASE

Comes now the movant Aligned Development LLC by and through its attorney Richard Basile and in opposition to the U.S. Trustees Motion to Discuss or Convert states:

1. That there is no cause to dismiss or convert debtor's Chapter 11 case.

2. The debtor has now filed all monthly operating reports and is current as to that requirement. There was virtually nothing to report as this case is a single asset case consisting of real property for which the mortgage became due in full.

3. That the Chapter 11 case was filed because the debtor believes that he can refinance the current mortgage and avoid foreclosure of an asset which has at least $60,000.00 in equity.

4. That the equity at this time provides and equate protection for the secured creditor.

5. That a plan of reorganization is currently being prepared and is expected to be filed in the near future.

6. That the debtor has filed a response to the secured creditor's Motion for Relief from Stay in which the debtor has alleged substantial equity in the single asset of the estate. This

Chapter 11 is necessary to reorganize that debt and to solve the substantial equity in the single estate asset.

Wherefore, debtor moves this Court to deny the U.S. Trustee's Motion to Convert or Dismiss.

*/s/ Richard S. Basile*
Richard S. Basile, Esq.
CPF: 78060-10005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland 20770
(301) 441-4900
rearsb@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5 day of July, 2024, a copy of the foregoing Debtor's Opposition to Motion to Convert Case to Chapter 7 or In the Alternative to Dismiss Case, was sent via first class mail, postage prepaid, and/or sent via email to:

Maurice B. VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Parkway #665
Henderson, Nevada 89012
mac@mbvesq.com

Lynn Kohen, U.S. Trustee
lynn.a.kohen@usdoj.gov

/s/ Richard S. Basile
Richard S. Basile, Esq.
CPF: 7806010005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland 20770
(301) 441-4900
rearsb@gmail.com