


# Payoff Statement

03/07/2024

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772

**Property Address: 1815 8th St NW Washington DC 20001**

Amount Due: $895,669.74 as of 3/7/2024.

| | |
|---|---:|
| Loan Principal: | $1,098,000.00 |
| Interest Owed (as of 07/01/2023): | $53,227.65 |
| Default Interest Owed (as of 07/01/2023 – 03/07/2024): | $111,602.13 |
| Interest Paid: | ($53,455.04) |
| Unpaid Late Fees: | $0.00 |
| Construction Draw Balance: | ($431,055.00) |
| Payoff Fee: | $50.00 |
| Default Penalty: | $109,800.00 |
| Legal Fees & Costs: | $7,500.00 |
| Pre-Paid Interest Balance: | ($0.00) |
| **Amount Due:** | **$895,669.74** |

Payoff good through 3/7/2024. Per diem $444.63.

YOU MUST COLLECT ALL FEES AND COSTS ASSOCIATED WITH RECORDING THE CERTIFICATE OF SATISFACTION ON THE HUD-1. ONCE THE CERTIFICATE OF SATISFACTION HAS BEEN RECORDED BY YOUR OFFICE, PLEASE EMAIL US A COPY FOR OUR RECORDS AT postclosing@wcp.team.

Payable to:   WCP Servicing LLC          Bank Name: United Bank
              8401 Greensboro Dr Suite 960   Routing Number: ▮
              McLean, VA  22102          Account Number: ▮

When sending the wire please reference our loan number, LOAN-006838 and borrower Aligned Development LLC.

Sincerely,

Christina Araujo