IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ALIGNED DEVELOPMENT | * | |
| LLC, | * | Case No. 24-11929 |
| Debtor | * | |
| | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEBTOR'S MOTION FOR CONTINUANCE
## OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now the debtor Aligned Development, LLC, by and through its attorney Richard Basile, and moves this Court to continue the hearing of the Motion for Relief from Automatic Stay filed by WCP Fund I, LLC and as reasons states:

1. That this matter is scheduled for a hearing on July 8, 2024. Counsel initially believed that this hearing had been removed from the docket and did not see the necessity for this motion until a check of the docket on July 5, 2024 indicated that this matter was still scheduled for a July 8 hearing date.

2. That on that date, counsel must appeal in a one week jury trial before Judge Chuang commencing on July 8, 2024. The date was set long ago and can not be continued.

3. That as a result of this conflict, counsel is unable to appear in this matter on July 8, 2024.

Wherefore, Debtor moves this Court to grant a brief continuance of the July 8, 2024 hearing on the Motion for relief for Automatic Stay filed by WCP Fund I, LLC.

/s/   Richard Basile
*Richard Basile, Esq*
6305 Ivy Ln, Suite 510
Greenbelt, MD 20770
(301) 441-4900
(301) 441-2404
rearsb@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July, 2024, a copy of the foregoing Debtor's Motion for Continuance of Motion for Relief from Automatic Stay was sent via the Court's ECF e-filing system upon the following:

Maurice B Ver Standig
The Verstandig Law Firm
1452 W. Horizon Ridge Pkwy #665
Henderson, Neveada  89012
mac@mbvesq.com

Lynn Kohen
Lynn.a.kohen@usdoj.gov

US Trustee-Greenbelt
USTPRegion04.G.B.ECF@USDOJ.GOV