# Uniform Residential Appraisal Report

052620220224
File # 052620220224

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 1815 8th St NW |
| City | Washington |
| State | DC |
| Zip Code | 20001 |
| Borrower | Aligned Development LLC |
| Owner of Public Record | B Wood William |
| County | Washington, DC |
| Legal Description | LOT:806, BLOCK:0417, Old City 2 |
| Assessor's Parcel # | 0417//0806 |
| Tax Year | 2021 |
| R.E. Taxes $ | 1,818 |
| Neighborhood Name | Old City 2 |
| Map Reference | 47894 |
| Census Tract | 0044.02 |
| Occupant | ☐ Owner  ☐ Tenant  ☒ Vacant |
| Special Assessments $ | 0 |
| PUD | ☐ |
| HOA $ | 0  ☐ per year  ☐ per month |
| Property Rights Appraised | ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe) ASCERTAIN MARKET VALUE |
| Lender/Client | Washington Capital Partners |
| Address | 2815 Hartland Road, Suite 200 Falls Church, VA, 22043 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). MLS/TAX RECORDS;

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

## CONTRACT

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) _____
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE / AGE | One-Unit 70 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) / (yrs) | 2-4 Unit 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 455 Low 0 | Multi-Family 10 % |
| Neighborhood Boundaries THE SUBJECT IS BOUNDED BY A MAJOR ROAD TO THE NORTH, A MAJOR ROAD TO THE | | 2,100 High 222 | Commercial 15 % |
| SOUTH, A MAJOR ROAD TO THE EAST, AND A MAJOR ROAD TO THE WEST.(*SEE HIGHLIGHTED AREA ON MAP) | | 700 Pred. 90 | Other 0 % |

Neighborhood Description PROPERTIES CONSIST OF VARYING STYLE DETACHED/ATTACHED HOMES THAT APPEAR WELL BUILT AND MAINTAINED. SCHOOLS, SHOPPING AND EMPLOYMENT CENTERS ARE ALL CONVENIENTLY LOCATED WITHIN A FEW MILES. *PRESENT LAND USE %, OTHER LAND USE CONSISTS OF RAW LAND, NOT IMPROVED*.

Market Conditions (including support for the above conclusions) MARKETING TIME IS 0-90 DAYS. PROPERTY VALUES APPEAR TO BE STABLE. "I HAVE CONSIDERED RELEVANT COMPETITIVE LISTINGS AND/OR CONTRACT OFFERINGS IN THE PERFORMANCE OF THIS APPRAISAL AND IN THE TRENDING INFO REPORTED IN THIS SECTION.

## SITE

| Field | Value |
|---|---|
| Dimensions | NO PLAT PROVIDED |
| Area | 1520 sf |
| Shape | RECTANGULAR |
| View | N;Res; |
| Specific Zoning Classification | 011 |
| Zoning Description | RESIDENTIAL |
| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street MACADAM | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 1100010017C  FEMA Map Date 09/27/2010
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
USUAL UTILITY EASEMENTS. NO ADVERSE CONDITIONS NOTED.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description / materials/condition | Interior / materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls MSNRY/GD | Floors WD/CRPT/TLE/NEW |
| # of Stories 3 | ☐ Full Basement ☐ Partial Basement | Exterior Walls BRICK/SID/GD | Walls DRYWALL/NEW |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | Basement Area 0 sq.ft. | Roof Surface COMP. SHING/GD | Trim/Finish WOOD/NEW |
| ☐ Existing ☒ Proposed ☐ Under Const. | Basement Finish 0 % | Gutters & Downspouts ALUMINUM/GD | Bath Floor TILE/NEW |
| Design (Style) TH/ROW | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type DH/GD | Bath Wainscot QRTZ/TILE/NEW |
| Year Built 1900 | Evidence of ☐ Infestation none noted | Storm Sash/Insulated YES/YES/GD | Car Storage ☐ None |
| Effective Age (Yrs) 5 | ☐ Dampness ☐ Settlement | Screens YES/GD | ☐ Driveway # of Cars 0 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # 0 | Driveway Surface |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel Gas | Fireplace(s) # 0 ☒ Fence Fence | ☒ Garage # of Cars 1 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck Deck ☐ Porch None | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool None ☐ Other None | ☐ Att. ☒ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 7 Rooms  4 Bedrooms  2.1 Bath(s)  2,194 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). FREE STANDING PERSONAL PROPERTY HAS NOT BEEN CONSIDERED IN THE VALUATION OF THIS SUBJECT. STORM WINDOWS AND DOORS.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C2;Kitchen-updated-less than one year ago;Bathrooms-updated-less than one year ago;INSULATION UNSEEN BUT BELIEVED TYPICAL FOR AREA. SUBJECT WILL BE WELL MAINTAINED AND IN OVERALL GOOD CONDITION. ***THIS APPRAISAL IS SUBJECT TO BEING FULLY RENOVATED. REHAB IS BASED ON A BEING A TYPICAL REHAB FOR THE AREA. REHAB BUDGET IS SET AT $450,000. SUBJECT TO 3RD FLOOR POP-UP ADDITION. NO SPECS WERE PROVIDED, PLANS WERE DISCUSSED WITH THE BORROWER.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
NONE

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

# Uniform Residential Appraisal Report

052620220224
File # 052620220224

There are 15 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 750,000 to $ 1,910,000.
There are 133 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 757,000 to $ 2,000,000.

| FEATURE | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 1815 8th St NW Washington, DC 20001 | 937 R St NW Washington, DC 20001 | | 1717 11th St NW Washington, DC 20001 | | 1217 T St NW Washington, DC 20009 | |
| Proximity to Subject | | 0.19 miles SW | | 0.24 miles SW | | 0.33 miles W | |
| Sale Price | $ | $ 1,690,000 | | $ 1,400,000 | | $ 1,750,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 557.02 sq.ft. | | $ 720.16 sq.ft. | | $ 869.78 sq.ft. | |
| Data Source(s) | | MLS #DCDC511868;DOM 28 | | MLS #DCDC2030952;DOM 5 | | MLS #DCDC2036488;DOM 3 | |
| Verification Source(s) | | MLS/VISUAL/TAX RECORDS | | MLS/VISUAL/TAX RECORDS | | MLS/VISUAL/TAX RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | 0 | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s06/21;c04/21 | 0 | s04/22;c03/22 | 0 | s03/22;c02/22 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1520 sf | 1900 sf | 0 | 1710 sf | 0 | 1800 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | AT3;TH/ROW | AT3;TH/ROW | | SD2;TH/END | -5,000 | AT3;TH/ROW | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 122 | 132 | 0 | 69 | 0 | 134 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7 4 2.1 | 7 3 3.1 | -10,000 | 5 2 2.1 | 0 | 7 3 2.1 | 0 |
| Gross Living Area | 2,194 sq.ft. | 3,034 sq.ft. | -54,600 | 1,944 sq.ft. | +16,300 | 2,012 sq.ft. | +11,800 |
| Basement & Finished | 0sf | 1058sf1058sfwo | -63,480 | 0sf | | 0sf | |
| Rooms Below Grade | | 1rr1br1.0ba0o | -8,000 | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | STORMS | STORMS | | STORMS | | STORMS | |
| Garage/Carport | 1gd | 2dw | +40,000 | 1gd | | 2dw | +40,000 |
| Porch/Patio/Deck | Deck/Patio | Deck/Patio | | Porch | +5,000 | Balcony/Patio | 0 |
| Net Adjustment (Total) | | [ ]+ [X]- | $ -96,080 | [X]+ [ ]- | $ 16,300 | [X]+ [ ]- | $ 51,800 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.7% Gross Adj. 10.4% | $ 1,593,920 | Net Adj. 1.2% Gross Adj. 1.9% | $ 1,416,300 | Net Adj. 3.0% Gross Adj. 3.0% | $ 1,801,800 |

[X] did  [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  TAX RECORDS, MLS
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  TAX RECORDS, MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX/MLS RECORDS | TAX/MLS RECORDS | TAX/MLS RECORDS | TAX/MLS RECORDS |
| Effective Date of Data Source(s) | 05/24/2022 | 05/24/2022 | 05/24/2022 | 05/24/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   ALL PRIOR SALES OF THE SUBJECT AND COMPARABLES HAVE BEEN ANALYZED AND REVIEWED BY THE APPRAISER.

Summary of Sales Comparison Approach   ALL COMPARABLES WERE CHOSEN FROM THE SUBJECTS MARKETABLE AREA. COMPARABLES 1, 2, AND 3 WERE CHOSEN DUE TO BEING SIMILAR SALES FROM THE PREVIOUS YEAR. ALL COMPARABLES WERE GIVEN CONSIDERATION WITH THE MOST WEIGHT PLACED ON THE MIDDLE INDICATION OF VALUE.

Indicated Value by Sales Comparison Approach $ 1,600,000
Indicated Value by: Sales Comparison Approach $ 1,600,000   Cost Approach (if developed) $   Income Approach (if developed) $
THIS APPRAISAL REPORT IS AN APPRAISAL OF REAL ESTATE.  MOST EMPHASIS WAS GIVEN TO THE SALES APPROACH.  INCOME APPROACH NOT USED DUE TO LACK OF ACCURATE DATA.

This appraisal is made [ ] "as is", [X] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  SUBJECT TO BEING FULLY RENOVATED. SUBJECT TO 3RD FLOOR POP-UP. THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT *** Cont. on page #3.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 1,600,000 , as of   05/24/2022 , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

File # 052620220224

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1815 8th St NW Washington, DC 20001 | 1821 4th St NW Washington, DC 20001 | | 950 Florida Ave NW Washington, DC 20001 | | 410 U St NW Washington, DC 20001 | |
| Proximity to Subject | | 0.31 miles E | | 0.36 miles NW | | 0.28 miles NE | |
| Sale Price | $ | $ 800,000 | | $ 820,000 | | $ 815,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 666.67 sq.ft. | | $ 674.34 sq.ft. | | $ 397.56 sq.ft. | |
| Data Source(s) | | MLS #DCDC520952;DOM 2 | | MLS # DCDC2001666;DOM 6 | | MLS #DCDC2016094;DOM 19 | |
| Verification Source(s) | | MLS/VISUAL/TAX RECORDS | | MRIS/VISUAL/TAX RECORDS | | MLS/VISUAL/TAX RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | 0 | Cash;0 | 0 | Cash;0 | 0 |
| Date of Sale/Time | | s06/21;c05/21 | 0 | s07/21;c06/21 | 0 | s11/21;c10/21 | 0 |
| Location | N;Res; | N;Res; | | A;BsyRd; | +10,000 | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1520 sf | 1242 sf | 0 | 1099 sf | 0 | 2910 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | AT3;TH/ROW | AT2;TH/ROW | 0 | AT2;TH/ROW | 0 | SD2;TH/END | -5,000 |
| Quality of Construction | Q3 | Q4 | 0 | Q4 | 0 | Q4 | 0 |
| Actual Age | 122 | 115 | 0 | 132 | 0 | 132 | 0 |
| Condition | C2 | C3 | -80,000 | C3 | -80,000 | C4 | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7  4  2.1 | 6  3  1.0 | 0 | 5  2  2.1 | -15,000 | 6  3  1.1 | -5,000 |
| Gross Living Area | 2,194 sq.ft. | 1,200 sq.ft. | +13,000 | 1,216 sq.ft. | +11,040 | 2,050 sq.ft. | -42,250 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 144sf0sfwo | -4,320 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/NONE | -3,000 | RAD/NONE | 0 |
| Energy Efficient Items | STORMS | STORMS | | STORMS | | STORMS | |
| Garage/Carport | 1gd | 1dw | +40,000 | None | +40,000 | 2dw | +40,000 |
| Porch/Patio/Deck | Deck/Patio | Porch/Deck | 0 | Porch | -5,000 | Porch | -5,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -30,000 | ☐ + ☒ - | $ -38,960 | ☐ + ☒ - | $ -21,570 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.8 % Gross Adj. 17.0 % | $ 770,000 | Net Adj. 4.8 % Gross Adj. 19.6 % | $ 781,040 | Net Adj. 2.6 % Gross Adj. 12.5 % | $ 793,430 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX/MLS RECORDS | TAX/MLS RECORDS | TAX/MRIS RECORDS | TAX/MLS RECORDS |
| Effective Date of Data Source(s) | 05/24/2022 | 05/24/2022 | 05/24/2022 | 05/24/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   ALL PRIOR SALES OF THE SUBJECT AND COMPARABLES HAVE BEEN ANALYZED AND REVIEWED BY THE APPRAISER.

Analysis/Comments   COMPARABLES 4, 5, AND 6 WERE CHOSEN DUE TO BEING SIMILAR AS IS COMPARABLES TO THE SUBJECT. COMPARABLES 4, 5, AND 6 ARE EACH FROM THE SUBJECTS MARKETABLE AREA.

***THE SUBJECTS ESTIMATED AS IS VALUE IS $770,000. THE SUBJECT IS CURRENTLY IN AVERAGE CONDITION, IN NEED OF REPAIR AND RENOVATION. THE CURRENT ABOVE GRADE GLA IS 1,400 SF. IT CURRENTLY HAS A LAYOUT OF 3 BEDROOMS AND 1 FULL BATH. THE COMPARABLES WERE ADJUSTED ACCORDINGLY.

*COMPARABLES MAY VARY IN SIZE, PRICE/SF, AND AGE FROM THE SUBJECT AND HAVE VARYING ADJUSTMENTS, HOWEVER, THESE WERE THE BEST COMPARABLES OFFERED AT THE TIME OF INSPECTION IN ORDER TO BRACKET ALL OF THE SUBJECTS AMENITIES.

***ADDITIONAL COMPARABLE PAGE ATTACHED****

# Uniform Residential Appraisal Report

052620220224
File # 052620220224

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 1815 8th St NW Washington, DC 20001 | 1515 8th St NW Washington, DC 20001 | | 1722 10th St NW Washington, DC 20001 | | 1624 Swann St NW Washington, DC 20009 | |
| Proximity to Subject | | 0.31 miles S | | 0.21 miles SW | | 0.80 miles W | |
| Sale Price | $ | $ 1,788,000 | | $ 1,870,000 | | $ 1,500,000 | |
| Sale Price/Gross Liv. Area | $   sq.ft. | $ 948.04 sq.ft. | | $ 880.00 sq.ft. | | $ 923.65 sq.ft. | |
| Data Source(s) | | MLS#DCDC2035404;DOM 2 | | MLS#DCDC2030786;DOM 36 | | MLS#DCDC2007478;DOM 2 | |
| Verification Source(s) | | MLS/VISUAL/TAX RECORDS | | MLS/VISUAL/TAX RECORDS | | MLS/VISUAL/TAX RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s03/22;c02/22 | | s05/22;c02/22 | | s09/21;c08/21 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1520 sf | 1900 sf | 0 | 1480 sf | 0 | 1520 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | AT3;TH/ROW | AT3;TH/ROW | | AT3;TH/ROW | | SD2;TH/END | -5,000 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 122 | 122 | | 1 | 0 | 132 | 0 |
| Condition | C2 | C2 | | C1 | -80,000 | C2 | |
| Above Grade Room Count | Total 7 Bdrms 4 Baths 2.1 | Total 7 Bdrms 3 Baths 2.1 | 0 | Total 7 Bdrms 3 Baths 3.1 | -10,000 | Total 7 Bdrms 3 Baths 2.1 | 0 |
| Gross Living Area | 2,194 sq.ft. | 1,886 sq.ft. | +20,000 | 2,125 sq.ft. | 0 | 1,624 sq.ft. | +37,100 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | STORMS | STORMS | | STORMS | | STORMS | |
| Garage/Carport | 1gd | 2dw | +40,000 | 2dw | +40,000 | 2dw | +40,000 |
| Porch/Patio/Deck | Deck/Patio | Porch/Patio | 0 | Deck/Patio | | Deck/Patio | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 60,000 | ☐ + ☒ - | $ -50,000 | ☒ + ☐ - | $ 72,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.4 % Gross Adj. 3.4 % | $ 1,848,000 | Net Adj. 2.7 % Gross Adj. 7.0 % | $ 1,820,000 | Net Adj. 4.8 % Gross Adj. 5.5 % | $ 1,572,100 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TAX/MLS RECORDS | TAX/MLS RECORDS | TAX/MLS RECORDS | TAX/MLS RECORDS |
| Effective Date of Data Source(s) | 05/24/2022 | 05/24/2022 | 05/24/2022 | 05/24/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   ALL PRIOR SALES OF THE SUBJECT AND COMPARABLES HAVE BEEN ANALYZED AND REVIEWED BY THE APPRAISER.

Analysis/Comments   COMPARABLES 7, 8, AND 9 WERE CHOSEN DUE TO BEING SIMILAR COMPARABLES TO THE SUBJECT. AFTER SUBMITTING THE APPRAISAL REPORT, THE APPRAISER WAS PROVIDED WITH ADDITIONAL COMPARABLES TO FURTHER REVIEW AND CONSIDER. UPON FURTHER EVALUATION, THE COMPARABLES WERE UTILIZED IN THE APPRAISAL REPORT. AS SUCH, THE SUBJECTS ARV WAS ADJUSTED TO $1,600,000.

# Uniform Residential Appraisal Report

052620220224
File # 052620220224

***THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND THE DEFINITION FOR MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

NO SERVICES WERE PERFORMED BY THE APPRAISER WITHIN THE 3 YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT, AS AN APPRAISER OR IN ANY CAPACITY.

THIS REPORT IS AN APPRAISAL OF REAL ESTATE AND IS NOT A HOME INSPECTION.

THIS APPRAISAL REPORT IS INTENDED FOR USE ONLY BY THE CLIENT, OF ITS ASSIGNEES, MENTIONED ON PAGE ONE THIS APPRAISAL. USE OF THIS REPORT BY OTHERS IS NOT INTENDED BY THE APPRAISER. THIS REPORT IS PREPARED FOR THE BENEFIT OF THE LENDER TO ASSIST IN MAKING LOAN DISBURSEMENTS. IT IS NOT PREPARED FOR THE BENEFIT OF THE BORROWER.

THE NUMBER OF SALES AND LISTINGS REFLECTED AT THE TOP OF PAGE TWO REPRESENT THE DATA POOL OF SALES CONSIDERED BY THE APPRAISER AND ARE NOT EXCLUSIVE TO THE IMMEDIATE SUBDIVISION IF THE MARKET AREA IS WIDER.

I CERTIFY, AS THE APPRAISER, THAT I HAVE COMPLETED ALL ASPECTS OF THIS VALUATION, INCLUDING RECONCILING MY OPINION OF VALUE, FREE OF INFLUENCE FROM THE CLIENT, CLIENT'S REPRESENTATIVES, BORROWER, OR ANY OTHER PARTY TO THE TRANSACTION.

*LOCAL MLS AND TAX RECORDS OFTEN DO NOT ACCURATELY DETERMINE BASEMENT SIZE AND FINISH, HOW MANY AND WHAT TYPE OF ROOMS EXIST IN THE BASEMENTS, THEREFORE APPRAISER USED BEST JUDGMENT AND CALLED AGENTS ON THEIR LISTINGS. IN ADDITION, AGENTS OFTEN CALL DENS AND IMPROPER ROOMS BEDROOMS.

EXPOSURE TIME: ESTIMATED LENGTH OF TIME THAT THE PROPERTY INTEREST BEING APPRAISED WOULD HAVE BEEN OFFERED ON THE MARKET PRIOR TO THE HYPOTHETICAL CONSUMMATION OF A SALE AT MARKET VALUE ON THE EFFECTIVE DATE OF THE APPRAISAL.

EXPOSURE TIME IS A RETROSPECTIVE OPINION BASED ON AN ANALYSIS OF PAST EVENTS ASSUMING A COMPETITIVE AND OPEN MARKET.

*Exposure time and marketing time is 0-90 days.

SUBJECT'S VALUE BEING HIGHER OR LOWER THAN PREDOMINANT IS NOT CONSIDERED TO BE OVER OR UNDER IMPROVED, DOES NOT NEGATIVELY EFFECT THE MARKETABILITY OF THE SUBJECT AND FALLS WITHIN THE RANGE OF VALUES FOR SUBJECT'S MARKETABLE AREA.

FIRREA Certification Statement: The appraiser certifies and agrees that this appraisal report was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) HIGH LAND TO VALUE RATIO (OVER 30%) IS TYPICAL OF AREA AND DOES NOT HAVE A NEGATIVE IMPACT OF SUBJECT'S MARKETABILITY. LAND VALUE IS SUPPORTED BY THE TAX ASSESSMENT AND LAND SALES. ***COST APPROACH NOT RELIED ON.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW   OPINION OF SITE VALUE =$ 596,800
Source of cost data   CONTRACTS, BIDS, BUILDERS, PUBLISHED INDICES   DWELLING   Sq.Ft. @ $   =$
Quality rating from cost service   Avg   Effective date of cost data   Current   BASEMENT   Sq.Ft. @ $   =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.)   =$
THE COST ESTIMATES WERE DERIVED FROM IN HOUSE DATA   Garage/Carport   Sq.Ft. @ $   =$
COMPILED FROM PUBLISHED COST INDICES, INTERVIEWS WITH   Total Estimate of Cost-New   =$
BUILDERS,   Less   Physical   Functional   External
CONTRACTS AND BID PROPOSALS INVOLVING PROPERTIES   Depreciation   =$(   )
APPRAISED BY OUR FIRM, OTHER APPRAISERS, ETC. THE   Depreciated Cost of Improvements   =$
DEPRECIATION FACTORS WERE DERIVED SIMILARLY. THE SITE   "As-is" Value of Site Improvements   =$
VALUE WAS ESTIMATED UTILIZING THE SALES COMPARISON APPROA(
Estimated Remaining Economic Life (HUD and VA only)   55 Years   INDICATED VALUE BY COST APPROACH   =$

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   X Gross Rent Multiplier   =$   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   THE INCOME APPROACH HAS NOT BEEN UTILIZED IN THIS ANALYSIS DUE TO THE LACK OF RENTAL DATA TO SUPPORT A GROSS RENT MULTIPLIER.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

052620220224
File # 052620220224

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit, including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report
052620220224
File # 052620220224

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Freddie Mac Form 70 March 2005            UAD Version 9/2011    Page 5 of 6                        Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report     052620220224
File # 052620220224

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    Kyle Squires | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Kyle Squires | Name |
| Company Name   Chessie Appraisals, LLC. | Company Name |
| Company Address   PO BOX 447   PASADENA, MD 21122 | Company Address |
| Telephone Number   (410)948-3305 | Telephone Number |
| Email Address   chessieappraisals@gmail.com | Email Address |
| Date of Signature and Report   06/14/2022 | Date of Signature |
| Effective Date of Appraisal   05/24/2022 | State Certification # |
| State Certification #   CR12358 | or State License # |
| or State License # | State |
| or Other (describe)    State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License   02/28/2024 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1815 8th St NW |     Date of Inspection |
| Washington, DC 20001 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   1,600,000 |     Date of Inspection |
| LENDER/CLIENT | |
| Name   No AMC | COMPARABLE SALES |
| Company Name   Washington Capital Partners | |
| Company Address   2815 Hartland Road, Suite 200 Falls Church, VA, 22043 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address   N/A |     Date of Inspection |

Freddie Mac Form 70 March 2005     UAD Version 9/2011     Page 6 of 6     Fannie Mae Form 1004 March 2005

## Subject Photo Page

| Borrower | Aligned Development LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | | | |
| City | Washington | County | Washington, DC | State DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | |



**Subject Front**

1815 8th St NW
Sales Price
GLA            2,194
Total Rooms    7
Total Bedrms   4
Total Bathrms  2.1
Location       N;Res;
View           N;Res;
Site           1520 sf
Quality        Q3
Age            122



**Subject Rear**



**Subject Street**

## Interior Photos

| Borrower | Aligned Development LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | | |
| City | Washington | County | Washington, DC | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | |


**BACKYARD**


**BASEMENT EXIT**


**STREET**


**LIVING ROOM**


**KITCHEN**


**LAUNDRY**


**KITCHEN CONT'D.**


**KITCHEN CONT'D.**


**HOT WATER ON/WORKING**


**UTILITY**


**DINING ROOM**

**STAIRWAY TO 2ND FLOOR**

**BEDROOM**   **FULL BATH**   **BEDROOM 2**

**Interior Photos**

| Borrower | Aligned Development LLC | | | |
|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | |
| City | Washington | County Washington, DC | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |

 

**BEDROOM 3**     **BING STREET VIEW**

**Interior Photos**

| Borrower | Aligned Development LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | | | | |
| City | Washington | County | Washington, DC | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |


**COMPARABLE 1**


**COMPARABLE 2**


**COMPARABLE 3**


**COMPARABLE 4**


**COMPARABLE 5**


**COMPARABLE 6**

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Interior Photos

| Borrower | Aligned Development LLC | | | |
|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | |
| City | Washington | County Washington, DC | State DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | |



**COMPARABLE 7**



**COMPARABLE 8**



**COMPARABLE 9**

## E & O INSURANCE AND LICENSES

| Borrower | Aligned Development LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | | | | |
| City | Washington | County | Washington, DC | State | DC | Zip Code | 20001 |
| Lender/Client | Washington Capital Partners | | | | | | |

| Borrower | Aligned Development LLC |
|---|---|
| Property Address | 1815 8th St NW |

052620220224
File No.  052620220224

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

#### Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

#### Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

#### Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

## Location Map

| Borrower | Aligned Development LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1815 8th St NW | | | | | |
| City | Washington | County | Washington, DC | State | DC | Zip Code 20001 |
| Lender/Client | Washington Capital Partners | | | | | |

