Entered: July 10th, 2024
Signed: July 10th, 2024

**DENIED**

Moot.



*/s/ Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MARYLAND

Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ALIGNED DEVELOPMENT LLC, | * | Case No. 24-11929 |
| Debtor | * | |
| | * | (Chapter 11) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE

Upon consideration of Debtor's Motion for Continuance for Relief from Automatic Stay, it is this ___ day of July 2024, by the United States Bankruptcy Court for the District of Maryland, ordered that the hearing on the Motion for Relief from Automatic Stay scheduled for July 8, 2024 be continued.



cc: Lynn Kohen

Chapter 11 Trustee

Lynn.a.kohen@usdoj.com

**END OF ORDER**