United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11929-LSS |
| Aligned Development LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 10 2024 19:29:00 | Lynn A. Kohen, Esq., U.S. Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 12, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jul 10, 2024 | Form ID: pdfparty | Total Noticed: 3

rearsb@gmail.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: July 10th, 2024
Signed: July 10th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11929-LSS |
| | ) | (Chapter 11) |
| Aligned Development LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC, as Servicer for Pacific | ) | |
| RBLF Funding Trust | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aligned Development LLC | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay (the "Motion," as found at DE #52) filed by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust ("WCP"), the lack of timely opposition thereto, the authorities cited therein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that WCP may pursue any and all forms of in rem relief against the real property commonly known as 1815 8th Street, NW, Washington, DC 20001, together with any improvements thereupon (the "Property"), including a foreclosure of the Property; and it is further

ORDERED, that WCP may retain the proceeds of any sale (whether by way of foreclosure, auction, or otherwise) of the Property, without accounting to this Honorable Court for the same, so long as such proceeds do not exceed the sum of the obligation of Aligned Development LLC to WCP.

Copies:

Richard S. Basile, Esq.
6305 Ivy Lane, Ste. 416
Greenbelt, MD 20770
rearsb@gmail.com

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com