Entered: July 16th, 2024
Signed: July 16th, 2024

**SO ORDERED**

The hearing is scheduled for August 1, 2024 at 10:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane, Greenbelt, MD 20770



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–11929 – LSS**   Chapter: **11**

**Aligned Development LLC**
Debtor

### ORDER SETTING HEARING TO
### CONVERT CHAPTER 11 TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

Acting U.S. Trustee, Gerard R. Vetter having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Courtroom 3D of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that if no objection is filed by any party in interest to Acting U.S. Trustee, Gerard R. Vetter's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Richard S. Basile
      Case Trustee – For Internal Use Only
      U.S. Trustee
      All Creditors
      All parties in interest

**End of Order**

13x04 (rev. 05/02/2017) – RobertHegerle