United States Bankruptcy Court
District of Maryland

In re:  
Aligned Development LLC  
    Debtor

Case No. 24-11929-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdfall | Total Noticed: 17 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |
| cr | + | WCP Fund I LLC as Servicer for Pacific RBLF Fundin, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32484072 | + | BEL Engineering, 4542 Beech Road, Temple Hills MD 20748-6704 |
| 32484071 | + | BTM Engineers, 4712 Babbling Brook Dr, Olney, MD 20832-1870 |
| 32484066 | + | Juanita Corrine Wood, 12324 Quilt Patch Lane, Bowie MD 20720-4359 |
| 32588895 | + | WCP Fund I LLC as Servicer, for Pacific RBLF Funding Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32484065 | | Washington Capitol Partners, 840 I Greensboro Dr Suite 960, McLean, VA 22102 |
| 32484069 | + | Washington Gas, PO Box 37747, Philadelphia PA 19101-5047 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32484073 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 16 2024 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32484067 | + | Email/Text: angela.coleman@dc.gov | Jul 16 2024 19:19:00 | District of Columbia Office of Tax & Revenue, 1101 4th St SW Suite W270, Washington DC 20024-4457 |
| 32484075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2024 19:19:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32484070 | + | Email/Text: Bankruptcy_General@pepco.com | Jul 16 2024 19:20:00 | Pepco, PO Box 13608, Philadelphia PA 19101-3608 |
| 32484078 | + | Email/Text: bdept@mrrlaw.net | Jul 16 2024 19:19:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32484074 | + | Email/Text: karen.brown@treasury.gov | Jul 16 2024 19:19:00 | Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001 |
| 32484077 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 16 2024 19:20:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32484076 | | Email/Text: atlreorg@sec.gov | Jul 16 2024 19:20:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32484079 | | Email/Text: usamd.bankruptcy@usdoj.gov | Jul 16 2024 19:19:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 32484069 | ^ | MEBN | Jul 16 2024 19:26:18 | Washington Gas, PO Box 37747, Philadelphia PA 19101-5047 |

TOTAL: 10

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2024 | Form ID: pdfall | Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32484068 | | DC Water, PO Box 97200, Washington |
| 32565885 | *+ | Juanita Corrine Wood, 12324 Quilt Patch Lane, Bowie, MD 20720-4359 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | rearsb@gmail.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: July 16th, 2024
Signed: July 16th, 2024

**SO ORDERED**

The hearing is scheduled for August 1, 2024 at 10:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane, Greenbelt, MD 20770



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **24–11929 – LSS**   Chapter: **11**

**Aligned Development LLC**
Debtor

## ORDER SETTING HEARING TO
## CONVERT CHAPTER 11 TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

Acting U.S. Trustee, Gerard R. Vetter having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Courtroom 3D of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that if no objection is filed by any party in interest to Acting U.S. Trustee, Gerard R. Vetter's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Richard S. Basile
      Case Trustee – For Internal Use Only
      U.S. Trustee
      All Creditors
      All parties in interest

**End of Order**

13x04 (rev. 05/02/2017) – RobertHegerle