Entered: July 23rd, 2024
Signed: July 23rd, 2024

**SO ORDERED**

The hearing is scheduled for September 9, 2024 at 10:00 a.m. in Courtroom 3D, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–11929 – LSS**   Chapter: **11**

**Aligned Development LLC**
Debtor

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by Aligned Development LLC (the "Plan Sponsor") on July 8, 2024,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in **Courtroom 3D of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, at a Time and Date stated above.**

2. **August 12, 2024,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Richard Basile
6305 Ivy Lane
Suite 510
Greenbelt, MD 20770

cc:   Attorney for Plan Sponsor
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

04x03 (rev. 02/27/2017) – RobertHegerle