IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| In Re: | |
| Aligned Development, LLC | Case No. 24-11929-LSS |
| Debtor | Chapter 11 |
| | |
| WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust | |
| *Movant* | |
| v. | |
| Aligned Development LLC | |
| *Respondent* | |

### REQUEST FOR HEARING

The debtor requests a hearing on its Motion for Reconsideration of Order Granting Motion for Relief from Automatic Stay.

*/s/ Richard S. Basile*
Richard S. Basile, Esq.
CPF: 7806010005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland 20770
(301) 441-4900
rearsb@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July, 2024, a copy of the foregoing Request for Hearing, will be served electronically by the Court's CM/ECF system on the following:

Maurice B. VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Parkway #665
Henderson, Nevada 89012
mac@mbvesq.com


Lynn Kohen
lynn.a.kohen@usdoj.gov


US Trustee
USTPRegion04.G.B.ECF@USDOJ.GOV


                                                 */s/ Richard S. Basile*
                                                 Richard S. Basile, Esq.
                                                 CPF: 7806010005
                                                 6305 Ivy Lane, Suite 510
                                                 Greenbelt, Maryland  20770
                                                 (301) 441-4900
                                                 rearsb@gmail.com