## Agent Full

**952 Westminster St NW, Washington, DC 20001**  Closed | 02/21/24  Residential  ⬇ $1,844,000

 

| | |
|---|---|
| Recent Change: | **02/21/2024 : Closed : PND->CLS** |

| | | | |
|---|---|---|---|
| MLS #: | DCDC2112472 | Beds: | 5 |
| Tax ID #: | 0362//0253 | Baths: | 4 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 2,326 / Assessor |
| Structure Type: | Interior Row/Townhouse | Assessor AbvGrd Fin SQFT: | 2,326 |
| Levels/Stories: | 3 | Price / Sq Ft: | 792.78 |
| Waterfront: | No | Year Built: | 1885 |
| Garage: | No | Style: | Victorian |
| | | Central Air: | No |
| | | Basement: | Yes |

### Location

| | | | |
|---|---|---|---|
| County: | Washington, DC | School District: | District Of Columbia Public Schools |
| In City Limits: | Yes | High School: | Cardozo Education Campus |
| Legal Subdivision: | Old City 2 | Elementary School: | Garrison |
| Subdiv / Neigh: | NONE AVAILABLE | Cross Street: | 10th St NW |
| | | Election District: | 1 |

### Association / Community Info
Property Manager: No

### Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $2,832 / 2022 | Tax Assessed Value: | $1,211,190 / 2022 |
| County Tax: | Annually | Imprv. Assessed Value: | $623,690 |
| City/Town Tax: | $2,832 / Annually | Land Assessed Value: | $587,500 |
| Clean Green Assess: | No | Land Use Code: | 0 |
| Agricultural Tax Due: | No | Block/Lot: | 0362 / 253 |
| Zoning: | RES | | |

### Rooms

| | Bed | Bath |
|---|---|---|
| Main | | 1 Half |
| Upper 1 | 3 | 2 Full |
| Upper 2 | 1 | 1 Full |
| Lower 1 | 1 | 1 Full |

### Building Info

| | | | |
|---|---|---|---|
| Yr Major Reno/Remodel: | 2023 | Construction Materials: | Brick |
| Above Grade Fin SQFT: | 2,326 / Assessor | Below Grade Unfin SQFT: | 100 / Assessor |
| Below Grade Fin SQFT: | 526 / Assessor | Roof: | Flat |
| Total Below Grade SQFT: | 626 / Assessor | | |
| Total Fin SQFT: | 2,852 / Assessor | | |
| Tax Total Fin SQFT: | 2,852 | | |
| Total SQFT: | 2,952 / Assessor | | |
| Foundation Details: | Block, Brick/Mortar | | |
| Basement Type: | Fully Finished | | |

### Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.03a / 1305sf / Assessor | Soil Types: | Unknown |

### Parking

| | | | |
|---|---|---|---|
| Total Parking Spaces | Unknown | Features: | On Street |

### Interior Features
Interior Features: No Fireplace; Accessibility Features: None

### Exterior Features

Ex. 1

| | |
|---|---|
| Exterior Features: | Pool: No Pool |

## Utilities

| | |
|---|---|
| Utilities: | No Cooling; Cooling Fuel: Other; Heating: Hot Water; Heating Fuel: Other; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Septic |

## Remarks

| | |
|---|---|
| Agent: | Buyer backed out on final contingency. Welcome home to 952 Westminster Street, NW – a completely renovated Victorian home on one of the neighborhood's most sought-after streets in the vibrant area between 14th St, Logan Circle and Shaw. The home offers new hardwood floors throughout, bathrooms lined with marble and premium ceramic tiles, a new HVAC system, new energy-efficient windows, and a new roof. The first-floor open concept living space boasts a living room with a gas fireplace, a large, light-filled gourmet kitchen with quartz and stainless-steel appliances, a dining room, and a convenient half bathroom. Located off the dining room is one of two outdoor living spaces, perfect for outdoor cooking and your very own herb garden. The second floor holds one of the primary bedrooms (with ensuite bathroom), two additional bedrooms, and a full bathroom. The third floor offers a second primary bedroom and a sitting area that includes a wet bar and a private rooftop deck with a beautiful view, perfect for entertaining. The basement is perfect for an in-law suite or extra guest room and ample living space. The basement has a private entrance, wet bar, separate bedroom, wine storage, and direct connection to the main house via interior stairs. This spectacular home is steps from 14th St and a new Whole Foods, Garrison Elementary, some of the city's best restaurants and cafes, and multiple metro stations. Schedule an appointment today to view this downtown gem for yourself. |
| Public: | Back on the market-this is your chance to make 952 Westminster St NW your new home! Welcome home to 952 Westminster Street, NW – a completely renovated , NEW HOME, on one of the neighborhood's most sought-after, tree lined streets in the vibrant area located in greater 14th St NW. The light-filled, home offers new hardwood floors throughout, bathrooms lined with marble and premium ceramic tiles, a new HVAC system, new energy-efficient windows, and a new roof. The first-floor open concept living space boasts a living room with a gas fireplace, a large, light-filled gourmet kitchen with quartz and stainless-steel appliances, a dining room, and a convenient half bathroom. Located off the dining room is one of two outdoor living spaces, perfect for outdoor cooking and your very own herb garden. Open Sunday, January 21st 1-4 pm. The second floor holds one of the primary bedrooms (with ensuite bathroom), two additional bedrooms, and a full bathroom. The third floor offers a second primary bedroom and a sitting area that includes a wet bar and a private rooftop deck with a beautiful view, perfect for entertaining. The basement is perfect for an in-law suite or extra guest room and ample living space. The basement has a private entrance, wet bar, separate bedroom, wine storage, and direct connection to the main house via interior stairs. This spectacular home is steps from 14th St and a new Whole Foods, Garrison Elementary, some of the city's best restaurants and cafes, and multiple metro stations. Schedule an appointment today to view this downtown gem for yourself. Walk Score: 97/100 Biker Score: 100/100 |

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Mary Saltzman (3019268) (Lic# SP98369182) | (202) 579-4662 |
| Listing Agent Email: | mary.saltzman@wfp.com | |
| Responsible Broker: | Dana Landry (68438) (Lic# BR98357965-DC) | |
| Listing Office: | Washington Fine Properties, LLC (WFP1) (Lic# REO100911) | |
| | 3201 New Mexico Ave NW Ste 220, Washington, DC 20016-2756 | |
| Office Manager: | Nancy Zivitz (3016618) | |
| Office Phone: | (202) 944-5000 | Office Fax: (202) 944-5021 |
| Office Email: | info@wfp.com | |

## Directions

Off of 14th St NW

## Compensation

For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 2.5% Of Gross |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $1,999,000 | Previous List Price: | $1,999,000 |
| Vacation Rental: | No | Owner Name: | Westminster Scots Pine Llc |
| Listing Agrmnt Type: | Exclusive Right | DOM / CDOM: | 87 / 87 |
| Prospects Excluded: | No | Listing Terms: | As is Condition |
| Listing Service Type: | Full Service | Original MLS Name: | BRIGHT |
| Dual Agency: | No | Off Market Date: | 02/21/24 |
| Sale Type: | Standard | | |
| Listing Term Begins: | 09/20/2023 | | |
| Listing Entry Date: | 09/20/2023 | | |
| Possession: | Negotiable | | |
| Federal Flood Zone: | No | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Sell Team Name: | Mollaan Babbington Group | | |
| Selling Agent: | Jeff Chreky (3149277) (Lic# FP98378806) | | (301) 455-1441 |
| Selling Agent Email: | jeff@babbingtoninc.com | | |
| Selling Office: | Compass (COMPS1) (Lic# 72033) | | |
| Responsible Broker: | Holly Worthington (6093) (Lic# BR98377503-DC) | | |
| | 1313 14th St NW Fl 2, Washington, DC 20005 | | |
| Office Phone: | (202) 386-6330 | Office Fax: | (202) 609-9652 |
| Concessions: | No | | |
| Agreement of Sale Dt: | 02/09/24 | Close Date: | 02/21/24 |

| | | | |
|---|---|---|---|
| Close Sale Type: | Standard Sale | Close Price: | $1,844,000.00 |
| Buyer Financing: | Conventional | Last List Price: | $1,895,000.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2024. Created: 02/29/2024 11:34 AM



## Agent Full

**1233 12th St NW, Washington, DC 20005**  Closed | 11/27/23   Residential   ⬇ $1,850,000



| | | | |
|---|---|---|---|
| MLS #: | DCDC2110868 | Beds: | 4 |
| Tax ID #: | 0314//0017 | Baths: | 3 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 2,258 / Estimated |
| Structure Type: | Interior Row/Townhouse | Assessor AbvGrd Fin SQFT: | 2,340 |
| Levels/Stories: | 3 | Price / Sq Ft: | 819.31 |
| Waterfront: | No | Year Built: | 1865 |
| Garage: | No | Property Condition: | Excellent |
| | | Style: | Federal |
| | | Central Air: | Yes |
| | | Basement: | Yes |

### Location
| | | | |
|---|---|---|---|
| County: | Washington, DC | School District: | District Of Columbia Public Schools |
| In City Limits: | Yes | Election District: | 2 |
| Legal Subdivision: | Old City 2 | | |
| Subdiv / Neigh: | OLD CITY #2 | | |

### Taxes and Assessment
| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $10,122 / 2023 | Tax Assessed Value: | $1,190,800 |
| City/Town Tax: | $5,061 / Semi-Annually | | |
| Zoning: | RA-4 | | |

### Rooms
| | Bed | Bath |
|---|---|---|
| Main | | 1 Half |
| Upper 1 | 3 | 2 Full |
| Lower 1 | 1 | 1 Full |

### Building Info
| | | | |
|---|---|---|---|
| Builder Name: | Dilan Homes | Construction Materials: | Brick |
| Yr Major Reno/Remodel: | 2023 | Flooring Type: | Wood |
| Above Grade Fin SQFT: | 2,258 / Estimated | | |
| Below Grade Fin SQFT: | 1,129 / Estimated | | |
| Total Below Grade SQFT: | 1,129 / Estimated | | |
| Total Fin SQFT: | 3,387 / Estimated | | |
| Total SQFT: | 3,387 / Estimated | | |
| Wall & Ceiling Types: | Dry Wall, High | | |
| Foundation Details: | Permanent | | |
| Basement Type: | Daylight, Full, Fully Finished, Interior Access, Outside Entrance | | |

### Lot
| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.04a / 1853sf / Assessor | Soil Types: | Urban Land Not Rated |
| Fencing: | Wood | | |

### Parking
| | | | |
|---|---|---|---|
| Off Street - # of Spaces | 1 | Features: | Alley Parking, Off Street |
| **Total Parking Spaces** | **1** | | |

### Interior Features
| | |
|---|---|
| Interior Features: | Floor Plan - Open, Kitchen - Gourmet, Primary Bath(s), Recessed Lighting, Upgraded Countertops, Walk-in Closet(s), Wood Floors; Fireplace(s): 1, Stone; Dishwasher, Disposal, Dryer - Front Loading, Oven/Range - Gas, Range Hood, Refrigerator, Washer - Front Loading; Accessibility Features: Other; Dryer In Unit, Lower Floor Laundry, Upper Floor Laundry, Washer In Unit |

### Exterior Features
| | |
|---|---|
| Exterior Features: | Pool: No Pool |

**Utilities**

| | |
|---|---|
| Utilities: | Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer |

**Remarks**

| | |
|---|---|
| Agent: | Schedule online via ShowingTime. Seller prefers DuPont Title. |
| Public: | Incredible residence just steps from Logan Circle. This stunning renovation by Dilan Homes of a c. 1865 historic rowhome was designed for effortless and elegant urban living. Upon entry, find a gracious open floor plan featuring soaring ceilings, exquisite finishes, spacious dining and multiple distinct living spaces anchored by the magnificent kitchen. The kitchen features custom inset cabinetry, top of the line Viking appliances, and abundant storage space with light pouring in from the rear windows and doors, offering beautiful sight lines through the main floor and out to the fabulous deck with bbq grill and flagstone patio. Approximately 3,000 sq ft with 4 bedrooms/3.5 bathrooms. 3 large bedrooms and 2 gorgeous baths up stairs and a half bath on the main floor. On the lower level, which has separate front and rear entrances, along with great light, find a roomy recreation area, another bedroom and full stunning bathroom, along with a second w/d set. With sumptuous bathrooms, expansive windows, Circa lighting, wide plank hardwood floors from District Floor Depot, custom millwork, tremendous storage space and built in closet systems throughout, every aspect of this sophisticated residence was thoughtfully considered. Just steps to Logan Circle, 14th Street and Mt. Vernon Sq Metro. Off-street, secured parking in the rear. With expert craftsmanship and timeless design, this is a masterpiece you won't want to miss. |

**Listing Office**

| | | |
|---|---|---|
| Listing Agent: | Daniel MacDonald (3058222) (Lic# Unknown) | (703) 577-2742 |
| Listing Agent Email: | djmac08@gmail.com | |
| Broker of Record: | Jonathan Taylor (5602) Click for License | |
| Listing Office: | TTR Sotheby's International Realty (TTRS8) (Lic# Unknown) | |
| | 2300 Clarendon Blvd Ste 200, Arlington, VA 22201-3392 | |
| Office Manager: | Rob Carney (116840) | |
| Office Phone: | (703) 745-1212 | |

**Directions**

From K St NW, head north on 12th St NW, house is on your right.

**Compensation**

For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 0% Of Gross |
| | | Dual/Var Comm: | No |

**Listing Details**

| | | | |
|---|---|---|---|
| Original Price: | $1,968,000 | Previous List Price: | $1,948,000 |
| Vacation Rental: | No | Owner Name: | C/o TTR Sotheby's |
| Listing Agrmnt Type: | Exclusive Right | DOM / CDOM: | 45 / 94 |
| Prospects Excluded: | No | Original MLS Name: | BRIGHT |
| Listing Service Type: | Full Service | Off Market Date: | 12/01/23 |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 09/07/2023 | | |
| Listing Entry Date: | 09/07/2023 | | |
| Possession: | Settlement | | |

**Sale/Lease Contract**

| | | | |
|---|---|---|---|
| Selling Agent: | Robert Bella Hernandez (3064612) (Lic# SP98374060) | | (202) 802-8446 |
| Selling Agent Email: | rbhernandez@lnf.com | | |
| Selling Office: | Long & Foster Real Estate, Inc. (LNG42) (Lic# Unknown) | | |
| Broker of Record: | Nick D'Ambrosia (18809) | | |
| | 1680 Wisconsin Ave NW, Washington, DC 20007-0000 | | |
| Office Phone: | (202) 944-8400 | Office Fax: | (202) 944-8424 |
| Concessions: | No | | |
| Agreement of Sale Dt: | 10/21/23 | Close Date: | 11/27/23 |
| Close Sale Type: | Standard Sale | Close Price: | $1,850,000.00 |
| Buyer Financing: | Conventional | Last List Price: | $1,888,888.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2024. Created: 02/29/2024 11:47 AM



## Agent Full

**1303 Corcoran St NW, Washington, DC 20009**         Closed | 10/26/23         Residential         $2,080,000




Media By: Washington Fine Properties

| | | | |
|---|---|---|---|
| MLS #: | DCDC2111404 | Beds: | 4 |
| Tax ID #: | 0240//0031 | Baths: | 4 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 2,566 / Assessor |
| Structure Type: | Interior Row/Townhouse | Assessor AbvGrd Fin SQFT: | 2,566 |
| Levels/Stories: | 4 | Price / Sq Ft: | 810.60 |
| Waterfront: | No | Year Built: | 1890 |
| Garage: | No | Style: | Victorian |
| | | Central Air: | Yes |
| | | Basement: | Yes |

### Location
| | | | |
|---|---|---|---|
| County: | Washington, DC | School District: | District Of Columbia Public Schools |
| In City Limits: | Yes | Election District: | 2 |
| Legal Subdivision: | Old City 2 | | |
| Subdiv / Neigh: | OLD CITY #2 | | |

### Taxes and Assessment
| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $11,942 / 2022 | Tax Assessed Value: | $1,507,770 / 2022 |
| County Tax: | Annually | Imprv. Assessed Value: | $714,710 |
| City/Town Tax: | $11,942 / Annually | Land Assessed Value: | $793,060 |
| Clean Green Assess: | No | Land Use Code: | 0 |
| Zoning: | 000 | Block/Lot: | 0240 / 31 |

### Rooms
| | Bed | Bath |
|---|---|---|
| Upper 1 | 1 | 2 Full |
| Upper 2 | 2 | 1 Full |
| Lower 1 | 1 | 1 Full |

### Building Info
| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 2,566 / Assessor | Construction Materials: | Brick |
| Below Grade Fin SQFT: | 850 / Estimated | | |
| Total Below Grade SQFT: | 850 / Estimated | | |
| Total Fin SQFT: | 3,416 / Estimated | | |
| Tax Total Fin SQFT: | 3,203 | | |
| Total SQFT: | 3,416 / Estimated | | |
| Foundation Details: | Block | | |
| Basement Type: | English, Fully Finished | | |

### Lot
| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.04a / 1800sf / Assessor | Soil Types: | Chillum-Urban Land Complex |

### Parking
| | | | |
|---|---|---|---|
| Off Street - # of Spaces | 2 | Features: | Off Street, Private, Secure Parking |
| **Total Parking Spaces** | **2** | | |

### Interior Features
| | |
|---|---|
| Interior Features: | Fireplace(s): 2; Accessibility Features: None |

### Exterior Features
| | |
|---|---|
| Exterior Features: | Pool: No Pool |

### Utilities
| | |
|---|---|
| Utilities: | Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Electric; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer |

### Remarks

| | |
|---|---|
| Agent: | Agents - Owner has painted the home, added updated lighting fixtures, and made minor updates to both kitchens since purchasing the home. Upgraded the audio/visual and ring security system, Seller is relocating. There is a certificate of occupancy that was approved by DC. The certificate can be transferred to new owners. Many dates in the fall have been booked on the Airbnb platform for the lower unit.. We have a list of those bookings. They can be transferred to the new owners, or canceled by the current owner before settlement. Please call Matt Ackland with any questions 202-320-5227 |



| | |
|---|---|
| Public: | NEW PRICE! This gorgeous Victorian style home is primely situated on one of the most beautiful streets in the Logan Circle neighborhood. It's just a block away from DC's thriving 14th Street Corridor. The home was recently renovated with a new kitchen, updated bathrooms, new HVAC system, and much more. The current owners have also spent a substantial amount making beautiful improvements. Although everything you need is just a short walk away, you'll enjoy the convenience of two large, secure parking spots in the rear. The 4 Bedroom, 4 Bathroom rowhome, including the apartment is approximately 3,416 square feet.. The main home offers a wonderful living room for entertaining guests, an eat-in kitchen, and formal dining space. One of the best features of this home is the glorious screened-in back porch, equipped with lighting and a ceiling fan. The second floor is dedicated to the primary suite, complete with a separate office and additional bathroom. The primary suite offers an en-suite bathroom, boasting dual vanity sinks, a soaking tub, and spa-like glass shower. The top floor offers two more bedrooms. One bedroom is currently set up as a television entertainment area. The home also offers a wonderful income generating opportunity with a ground level apartment full of high-end furnishings, artwork, cookware and linens, all included in the sale. The apartment is currently listed on Airbnb and has numerous bookings for the fall.. Other similar sized apartments in the area have generated $60,000 - $70,000 in annual income. A Certificate of Occupancy will transfer with the sale of the home. Location is simply perfect. Two blocks to Whole Foods, one block to the park at Logan Circle, and just a block and a half to DC's famous Le Diplomat. |

## Listing Office

| | | |
|---|---|---|
| List Team Name: | The Nancy Taylor Bubes Group | |
| Listing Agent: | Matt Ackland (3277930) (Lic# SP2000202415) | (202) 320-5227 |
| Listing Agent Email: | matt.ackland@wfp.com | |
| Responsible Broker: | Dana Landry (68438) (Lic# BR98357965-DC) | |
| Listing Office: | Washington Fine Properties, LLC (WFP1) (Lic# REO100911) | |
| | 3201 New Mexico Ave NW Ste 220, Washington, DC 20016-2756 | |
| Office Manager: | Nancy Zivitz (3016618) | |
| Office Phone: | (202) 944-5000 | Office Fax: (202) 944-5021 |
| Office Email: | info@wfp.com | |

## Directions
On Corcoran Street between 13th and 14th Streets.

## Compensation
For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 2.5% Of Gross |
| | | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $2,150,000 | Previous List Price: | $2,150,000 |
| Vacation Rental: | No | DOM / CDOM: | 26 / 26 |
| Listing Agrmnt Type: | Exclusive Right | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Off Market Date: | 10/26/23 |
| Listing Service Type: | Full Service | | |
| Dual Agency: | No | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 09/13/2023 | | |
| Listing Entry Date: | 09/13/2023 | | |
| Possession: | 0-30 Days CD, 31-60 Days CD | | |

**Sale/Lease Contract**

| | | | |
|---|---|---|---|
| Selling Agent: | Susan Isaacs (3013425) (Lic# SP98368513) | | (202) 981-4810 |
| Selling Agent Email: | istm@compass.com | | |
| Selling Office: | Compass (COMPS1) (Lic# 72033) | | |
| Responsible Broker: | Holly Worthington (6093) (Lic# BR98377503-DC) | | |
| | 1313 14th St NW Fl 2, Washington, DC 20005 | | |
| Office Phone: | (202) 386-6330 | Office Fax: | (202) 609-9652 |
| Concessions: | No | | |
| Agreement of Sale Dt: | 10/08/23 | Close Date: | 10/26/23 |
| Close Sale Type: | Standard Sale | Close Price: | $2,080,000.00 |
| Buyer Financing: | Conventional | Last List Price: | $2,075,000.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2024. Created: 02/29/2024 11:42 AM

