| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-11929<br>District of Maryland<br>Greenbelt<br>Mon Jul 22 10:55:35 EDT 2024 | Aligned Development LLC<br>4108 Chariot Way<br>Upper Marlboro, MD 20772-7925 | WCP Fund I LLC as Servicer for Pacific RBLF<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| AEL Engineering<br>4542 Beech Road<br>Temple Hills MD 20748-6704 | BTM Engineers<br>4712 Babbling Brook Dr<br>Olney, MD 20832-1870 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | District of Columbia Office of Tax & Revenue<br>1101 4th St SW Suite W270<br>Washington DC 20024-4457 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Juanita Corrine Wood<br>12324 Quilt Patch Lane<br>Bowie MD 20720-4359 | Pepco<br>PO Box 13608<br>Philadelphia PA 19101-3608 | Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 |
| Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 |
| US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | WCP Fund I LLC as Servicer<br>for Pacific RBLF Funding Trust<br>c/o The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854-3976 | Washington Capitol Partners<br>840 I Greensboro Dr Suite 960<br>McLean, VA 22102 |
| Washington Gas<br>PO Box 37747<br>Philadelphia PA 19101-5047 | Richard S. Basile<br>6305 Ivy Lane, Ste. 416<br>Greenbelt, MD 20770-6309 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)For Internal Use Only

(u)DC Water
PO Box 97200
Washington

(d)Juanita Corrine Wood
12324 Quilt Patch Lane
Bowie, MD 20720-4359

nd of Label Matrix
ailable recipients    19
ypassed recipients     3
otal                  22