IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11929-LSS |
| | ) | (Chapter 11) |
| Aligned Development LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC, as Servicer for Pacific RBLF Funding Trust | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aligned Development LLC | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

Upon consideration of the Debtor's Motion for Reconsideration of Order Granting Motion for Relief from Automatic Stay (the "Motion to Reconsider," as found at DE #70) filed by Aligned Development LLC, the opposition thereto by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

1

ORDERED, that the Motion to Reconsider be, and hereby is, DENIED.

Copies:

Richard S. Basile, Esq.
6305 Ivy Lane, Ste. 416
Greenbelt, MD 20770
rearsb@gmail.com

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com