IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| In Re: | |
| Aligned Development, LLC | Case No. 24-11929-LSS |
| Debtor | Chapter 11 |
| | |
| WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust | |
| *Movant* | |
| v. | |
| Aligned Development LLC | |
| *Respondent* | |

## ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of Debtor's Motion for Reconsideration of Order Granting Motion for Relief from Automatic Stay previously filed herein by RBLF Funding Trust it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that debtor's motion for reconsideration is granted and it is further,

**ORDERED,** that the order of this Court granting the Motion for Relief from Automatic Stay filed by RBLF Funding Trust is vacated.

### END OF ORDER

CC:   Maurice B. VerStandig
      mac@mbvesq.com

      Lynn Kohen
      lynn.a.kohen@usdoj.gov

      US Trustee
      USTPRegion04.G.B.ECF@USDOJ.GOV