RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y N
    Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 08/01/2024 Time: 10:00

**CASE: 24-11929 Aligned Development LLC**

✓Richard S. Basile representing Aligned Development LLC (Debtor)

✓Lynn A. Kohen representing US Trustee – Greenbelt (U.S. Trustee)

[53] Motion to Convert Case from Chapter 11 to Chapter 7 . The filing fee is EXEMPT – Filed on behalf of the United States., or in the alternative Motion to Dismiss Case for other reasons Filed by US Trustee – Greenbelt. (Attachments: #s1 List of All Creditors)

**MOVANT** : US Trustee – Greenbelt BY L Kohen

[59] Opposition on behalf of Aligned Development LLC Filed by Richard S. Basile. (Basile, Richard). Related document(s)s53 Motion to Convert Case from Chapter 11 to Chapter 7 . The filing fee is EXEMPT – Filed on behalf of the United States. filed by U.S. Trustee US Trustee – Greenbelt. Modified on 7/8/2024 (Hegerle, Robert).

**MOVANT** : Aligned Development LLC BY R Basile

[76] Response on behalf of WCP Fund I LLC as Servicer for Pacific RBLF Funding Trust Filed by ✓Maurice Belmont VerStandig (related document(s) 53 Motion to Convert Case from Chapter 11 to Chapter 7 filed by U.S. Trustee US Trustee – Greenbelt, Motion to Dismiss Case).

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____Denied Approval_____Deadline to file Amended D/S_____

    Other_____

    Confirmed_____as modified by _____

    Denied Confirmation_____with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted_____Denied_____Withdrawn_____Consent53___Default____Under Adv._____

```
     Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____
     Continued to: _____
DECISION:
     [ ] Signed by Court            [ ] Filed by Counsel
     [ ] To be prepared by:
         [ ] Movant's counsel           [ ] Court
         [ ] Respondent's counsel       [ ] Other    _____

NOTES:Parties reached a consent to dismissal with a 90 day ban to refiling.
```