Entered: August 5th, 2024
Signed: August 5th, 2024
SO ORDERED



/s/ Lori Simpson
LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re:<br><br>**ALIGNED DEVELOPMENT, LLC**<br><br>Debtor. | Case No. 24-11929-LSS<br>Chapter 11 |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case (the "Motion," as found at DE #53) filed by the United States Trustee (the "U.S. Trustee"), the opposition of Aligned Development LLC (the "Debtor") thereto, the response filed by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust, the agreement of the parties placed on the record at a hearing on August 1, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, DISMISSED WITH PREJUDICE; and it is further

ORDERED, that any petition pursuant to Section 301 of Title 11 of the United States Code, filed by the Debtor, shall be void, and of no effect, regardless of the court in which said petition is filed, if filed within ninety (90) calendar days of the date of this order; and it is further

ORDERED, that should the Debtor be subject to an involuntary petition for relief under Section 303 of Title 11 of the United States Code within ninety (90) days of the date of this order, the automatic stay set forth in Section 362 of Title 11 of the United States Code shall not become effective in connection with said bankruptcy case.

Copies:

Richard S. Basile, Esq.
6305 Ivy Lane, Ste. 416
Greenbelt, MD 20770
rearsb@gmail.com

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

**END OF ORDER**