IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **ALIGNED DEVELOPMENT, LLC** <br><br> **Debtor.** | **Case No. 24-11929-LSS** <br> **Chapter 11** |

**ORDER GRANTING
MOTION TO REVIEW THE CONDUCT OF
RICHARD S. BASILE AND THE LAW OFFICE OF RICHARD BASILE
FOR THE DISALLOWANCE AND REFUND OF FEES
AND OTHER RELIEF AS MAY BE APPROPRIATE**

Upon consideration of the t Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate, and any opposition thereto, this Court finding that there is cause to order the refund and disgorgement of fees; IT IS therefore for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate be and hereby is GRANTED; and it is further

ORDERED that Richard S. Basile and the Law Office of Richard Basile shall refund and disgorge all fees collected in the case to the Debtor, Aligned Development, LLC, within ten (10) days of this Order; and it is further

ORDERED that Richard S. Basile and the Law Office of Richard Basile be and hereby is PROHIBITED from collecting any fee for payment in connection with services rendered in this case; and it is further

ORDERED that Richard S. Basile and the Law Office of Richard Basile file a Notice of Completion of Consent Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate within ten (10) days of this Order certifying that Richard S. Basile and the Law Office of Richard Basile has complied with this Order.

Cc:

**Richard S. Basile**   rearsb@gmail.com
**Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
**US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
**Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Aligned Development LLC**
4108 Chariot Way
Upper Marlboro, MD 20772

**END OF ORDER**