United States Bankruptcy Court
District of Maryland

In re:  
Aligned Development LLC  
    Debtor

Case No. 24-11929-LSS  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |
| | + | Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 05 2024 19:22:00 | Lynn A. Kohen, Esq., U.S. Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

**Name**      **Email Address**

Lynn A. Kohen  
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig  
    mac@mbvesq.com  
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Richard S. Basile

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Aug 05, 2024 | Form ID: pdfparty | Total Noticed: 3

rearsb@gmail.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| In re: | |
|---|---|
| **ALIGNED DEVELOPMENT, LLC** | Case No. 24-11929-LSS |
| Debtor. | Chapter 11 |

### ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case (the "Motion," as found at DE #53) filed by the United States Trustee (the "U.S. Trustee"), the opposition of Aligned Development LLC (the "Debtor") thereto, the response filed by WCP Fund I LLC as servicer for Pacific RBLF Funding Trust, the agreement of the parties placed on the record at a hearing on August 1, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, DISMISSED WITH PREJUDICE; and it is further

1

ORDERED, that any petition pursuant to Section 301 of Title 11 of the United States Code, filed by the Debtor, shall be void, and of no effect, regardless of the court in which said petition is filed, if filed within ninety (90) calendar days of the date of this order; and it is further

ORDERED, that should the Debtor be subject to an involuntary petition for relief under Section 303 of Title 11 of the United States Code within ninety (90) days of the date of this order, the automatic stay set forth in Section 362 of Title 11 of the United States Code shall not become effective in connection with said bankruptcy case.

Copies:

Richard S. Basile, Esq.
6305 Ivy Lane, Ste. 416
Greenbelt, MD 20770
rearsb@gmail.com

Aligned Development LLC
4108 Chariot Way
Upper Marlboro, MD 20772

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

**END OF ORDER**