United States Bankruptcy Court
District of Maryland

In re:  
Aligned Development LLC  
    Debtor

Case No. 24-11929-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: Aug 21, 2024      Form ID: ntchrgbk      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |
| aty | + | Richard Basile, c/o Law Offices of Richard Basile, 6305 Ivy Lane, Suite 510, Greenbelt, MD 20770, UNITED STATES 20770-6362 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 21 2024 20:20:00 | Lynn A. Kohen, U.S. Trustee Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Aug 21, 2024 | Form ID: ntchrgbk | Total Noticed: 3

rearsb@gmail.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24–11929 – LSS**    Chapter: **11**

**Aligned Development LLC**
Debtor

## NOTICE OF STATUS CONFERENCE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

PLEASE TAKE NOTICE that a status conference will be held

on 9/12/24 at 10:30 AM

to consider and act upon the following:

79 – Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as may be Appropriate Filed by US Trustee – Greenbelt. (Attachments: # 1 Proposed Order) (Kohen, Lynn)

83 – Opposition on behalf of Richard Basile Filed by Richard S. Basile (related document(s)79 Motion for Miscellaneous Relief filed by U.S. Trustee US Trustee – Greenbelt). (Basile, Richard)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/21/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lia Aure
301–344–3392

Form ntchrgmdb (rev. 08/13/2024)