IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

In Re:

Aligned Development, LLC

    Debtor

Case No. 24-11929-LSS

Chapter 11

## MOTION FOR CONTINUANCE

Comes now Richard Basile and moves this Court to continue the hearing of the above-captioned matter and states:

1. This matter is scheduled for a hearing on the U.S. Trustee's Motion to Review on September 12, 2024, a date not cleared with counsel.
2. On that date and at that time, undersigned counsel will be out of the country from September 5 through September 15, which was scheduled prior to the hearing date in this case.
3. That, as a result of this scheduling conflict, counsel is unable to appear in this matter on September 12, 2024.

**WHEREFORE,** Richard Basile moves this Court to continue the trial of this matter.

/s/ *Richard S. Basile*
Richard S. Basile, Esq.
CPF #7806010005
6305 Ivy Lane, Suite 510
Greenbelt, MD 20770
rearsb@gmail.com
P: 301-441-4900
F: 301-441-2404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of August, 2024, a copy of the foregoing Motion for Continuance will be served electronically by the Court's CM/ECF system or sent via first class mail, postage prepaid, to the following:

US Trustee – Greenbelt
USTPRegion04.G.B.ECF@USDOJ.GOV

/s/ Richard S. Basile
Richard S. Basile, Esq.
CPF: 7806010005
6305 Ivy Lane, Suite 510
Greenbelt, Maryland 20770
(301) 441-4900
rearsb@gmail.com