# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (GREENBELT DIVISION)

| | |
|---|---|
| In Re: | |
| Aligned Development, LLC | Case No. 24-11929-LSS |
| Debtor | Chapter 11 |

## ORDER

Upon consideration of Plaintiff's Motion for Continuance, it is this _____ day of _____, 2024, by the United States Bankruptcy Court,

Ordered that the hearing of this matter be continued.

_____
Judge

**END OF ORDER**