Entered: September 4th, 2024
Signed: September 3rd, 2024

## SO ORDERED

The status conference hearing is rescheduled for September 26, 2024 at 10:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov/hearings (Honorable Lori S. Simpson/All other hearings access/Morning Docket) to register and generate Zoom link for hearing participation.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24−11929 − LSS**    Chapter: **11**    Doc No.: **79/83**

**Aligned Development LLC**
Debtor

### ORDER CONTINUING STATUS CONFERENCE OF
### MOTION TO REVIEW THE CONDUCT OF RICHARD S. BASILE AND THE LAW OFFICE OF RICHARD BASILE FOR THE DISALLOWANCE AND REFUND OF FEES AND OTHER RELIEF AS MAY BE APPROPRIATE AND OPPOSITION

Upon consideration of the motion for continuance filed in the above−captioned matter by Richard S. Basile, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a status conference scheduled for September 12, 2024, is continued to **THE DATE AND TIME SET FORTH ABOVE in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/ hearings or call 410−962−2688).**

cc:    All    Parties
       All Counsel

### End of Order

12x01 (rev. 05/21/2012) − LiaAure