United States Bankruptcy Court
District of Maryland

In re:  
Aligned Development LLC  
    Debtor

Case No. 24-11929-LSS  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Sep 04 2024 19:19:00 | U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | rearsb@gmail.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdfall | Total Noticed: 2 |

US Trustee - Greenbelt
                             USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: September 4th, 2024
Signed: September 3rd, 2024

**SO ORDERED**

The status conference hearing is rescheduled for September 26, 2024 at 10:00 a.m. via Video Conference. Please visit www.mdb.uscourts.gov/hearings (Honorable Lori S. Simpson/All other hearings access/Morning Docket) to register and generate Zoom link for hearing participation.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:     Case No.: **24−11929 − LSS**     Chapter: **11**     Doc No.: **79/83**

**Aligned Development LLC**
Debtor

## ORDER CONTINUING STATUS CONFERENCE OF
## MOTION TO REVIEW THE CONDUCT OF RICHARD S. BASILE AND THE LAW OFFICE OF RICHARD BASILE FOR THE DISALLOWANCE AND REFUND OF FEES AND OTHER RELIEF AS MAY BE APPROPRIATE AND OPPOSITION

Upon consideration of the motion for continuance filed in the above−captioned matter by Richard S. Basile, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a status conference scheduled for September 12, 2024, is continued to **THE DATE AND TIME SET FORTH ABOVE in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/ hearings or call 410−962−2688).**

cc:   All   Parties
      All Counsel

## End of Order

12x01 (rev. 05/21/2012) − LiaAure