RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**   Evidentiary Hrg: Y N
                          Exhibits Filed: Y N

       PROCEEDING MEMO – CHAPTER 11

                    Date: 09/26/2024 Time: 10:00

**CASE: 24-11929 Aligned Development LLC**

✓Richard S. Basile representing Aligned Development LLC (Debtor)

✓Lynn A. Kohen representing US Trustee – Greenbelt (U.S. Trustee)

[79] Motion *to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as may be Appropriate* Filed by US Trustee – Greenbelt. (Attachments: #s1 Proposed Order)

**MOVANT** : US Trustee – Greenbelt BY L Kohen

[83] Opposition on behalf of Richard Basile Filed by Richard S. Basile (related document(s) 79 Motion for Miscellaneous Relief filed by U.S. Trustee US Trustee – Greenbelt).

**MOVANT** : Richard Basile BY R Basile

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

 Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

 Other_____

 Confirmed_____ as modified by _____

 Denied Confirmation_____ with leave to amend by_____

 Other_____

DISPOSITIONS:

 Granted 79___ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

 Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

 Continued to: _____

DECISION:

 [ ] Signed by Court    [ ] Filed by Counsel
 [ ] To be prepared by:
   [ ] Movant's counsel   [ ] Court
   [ ] Respondent's counsel  [ ] Other _____

NOTES:Motion granted.  Counsel ordered not to collect fees post dismissal.