Entered: October 2nd, 2024
Signed: October 2nd, 2024
**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **ALIGNED DEVELOPMENT, LLC** <br><br> **Debtor.** | **Case No. 24-11929-LSS** <br> **Chapter 11** |

**ORDER GRANTING
MOTION TO REVIEW THE CONDUCT OF
RICHARD S. BASILE AND THE LAW OFFICE OF RICHARD BASILE
FOR THE DISALLOWANCE AND REFUND OF FEES
<u>AND OTHER RELIEF AS MAY BE APPROPRIATE</u>**

Upon consideration of the Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate (Dkt. 79), the Opposition thereto (Dkt. 83), the arguments of Counsel at the hearing conducted on September 26, 2024, and for the reasons stated on the record, this Court finds that there is cause to grant the motion.  IT IS therefore for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate be and hereby is GRANTED; and it is further

ORDERED that Richard S. Basile and the Law Office of Richard Basile be and hereby is PROHIBITED from collecting any fee or receiving any payment in connection with services rendered in this case.

Cc:

**Richard S. Basile**  rearsb@gmail.com
**Lynn A. Kohen**  lynn.a.kohen@usdoj.gov
**US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV
**Maurice Belmont VerStandig**  mac@mbvesq.com,
lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Aligned Development LLC**
4108 Chariot Way
Upper Marlboro, MD 20772

**END OF ORDER**