United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-11929-LSS |
| Aligned Development LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2024 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aligned Development LLC, 4108 Chariot Way, Upper Marlboro, MD 20772-7925 |
| aty | + | Richard Basile, c/o Law Offices of Richard Basile, 6305 Ivy Lane, Suite 510, Greenbelt, MD 20770, UNITED STATES 20770-6362 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 02 2024 19:22:00 | U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard S. Basile | |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Oct 02, 2024 Form ID: pdfall Total Noticed: 3

rearsb@gmail.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: October 2nd, 2024
Signed: October 2nd, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **ALIGNED DEVELOPMENT, LLC** <br><br> **Debtor.** | **Case No. 24-11929-LSS** <br> **Chapter 11** |

**ORDER GRANTING
MOTION TO REVIEW THE CONDUCT OF
RICHARD S. BASILE AND THE LAW OFFICE OF RICHARD BASILE
FOR THE DISALLOWANCE AND REFUND OF FEES
AND OTHER RELIEF AS MAY BE APPROPRIATE**

Upon consideration of the Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate (Dkt. 79), the Opposition thereto (Dkt. 83), the arguments of Counsel at the hearing conducted on September 26, 2024, and for the reasons stated on the record, this Court finds that there is cause to grant the motion. IT IS therefore for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion to Review the Conduct of Richard S. Basile and the Law Office of Richard Basile for the Disallowance and Refund of Fees and Other Relief as May be Appropriate be and hereby is GRANTED; and it is further

ORDERED that Richard S. Basile and the Law Office of Richard Basile be and hereby is PROHIBITED from collecting any fee or receiving any payment in connection with services rendered in this case.

Cc:

**Richard S. Basile**   rearsb@gmail.com
**Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
**US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
**Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Aligned Development LLC**
4108 Chariot Way
Upper Marlboro, MD 20772

**END OF ORDER**